Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **DP Auto Sales, Ltd** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | **Byrider** **JD Byrider** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 1 – 2 0 6 6 9 5 0** | |
| **4. Debtor's address** | **Principal place of business** **511 W French Pl** Number    Street **San Antonio, TX 78212** City    State    ZIP Code **Bexar** County | **Mailing address, if different from principal place of business** Number    Street City    State    ZIP Code **Location of principal assets, if different from principal place of business** **TX 109** **3216 Sw Military Dr** Number    Street **San Antonio, TX 78211-3618** City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor __DP Auto Sales, Ltd_____ Case number (if known) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**4 4 1 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                                  MM / DD / YYYY
        District _____ When _____ Case number _____
                                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
        District _____ When _____
                                                     MM / DD / YYYY
        Case number, if known _____

Debtor  **DP Auto Sales, Ltd**  Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☑ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor **DP Auto Sales, Ltd** Case number *(if known)* _____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/20/2024**
           MM/ DD/ YYYY

X **/s/ Jody Anderson**            **Jody Anderson**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Ronald Smeberg**      Date **06/20/2024**
Signature of attorney for debtor                                      MM/ DD/ YYYY

**Ronald Smeberg**
Printed name

**The Smeberg Law Firm**
Firm name

**4 Imperial Oaks**
Number     Street

**San Antonio**            **TX**       **78248-1609**
City                                              State       ZIP Code

**(210) 695-6684**                 **ron@smeberg.com**
Contact phone                            Email address

**24033967**                          **TX**
Bar number                              State

Fill in this information to identify the case:

Debtor name: **DP Auto Sales, Ltd**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 1800 Radiator<br>5005 West Ave Ste 1200<br>San Antonio, TX 78213-2711 | | | | | | $33,306.36 |
| 2 | ALANIS WRECKER SERVICE<br>1035 Culebra Rd<br>San Antonio, TX 78201-6120 | | | | | | $56,953.66 |
| 3 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | | | | | | $114,583.59 |
| 4 | AMERICAN MOTORS<br>5418 E Ih 10<br>San Antonio, TX 78219-4503 | | | | | | $42,500.00 |
| 5 | AMERICAS AUTO AUCTION<br>16611 S Ih 35<br>Buda, TX 78610-9639 | | | | | | $63,810.00 |
| 6 | ASSURED AUTO PARTS, INC<br>11715 State Highway 16 S<br>San Antonio, TX 78224-3027 | | | | | | $32,813.00 |
| 7 | Auto Zone<br>San Antonio Regional Office<br>8611 Perrin Beitel Rd<br>San Antonio, TX 78217-4818 | | | | | | $408,144.95 |
| 8 | BIG O TIRE<br>ATTN Accounts Receivable<br>415 Military E<br>Benicia, CA 94510-2812 | | | | | | $31,178.93 |

Debtor **DP Auto Sales, Ltd**  
Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | BYRIDER FRANCHISING<br>12802 Hamilton Crossing Blvd<br>Carmel, IN 46032-5424 | | | | | | $166,504.87 |
| 10 | DPR INVESTMENTS, LTD<br>511 W French Pl<br>San Antonio, TX 78212-3608 | | | | | | $420,000.00 |
| 11 | EMBASSY COLLISION<br>1423 Brady Blvd<br>San Antonio, TX 78237-4308 | | | | | | $117,239.87 |
| 12 | FORESIGHT SERVICES GROUP, INC.<br>ATTN: THOMAS<br>2250 Bush Dr<br>Mckinney, TX 75070-7556 | | | | | | $29,914.81 |
| 13 | GIANT IMPORTS<br>9592 New Laredo Hwy<br>San Antonio, TX 78211-5502 | | | | | | $48,200.00 |
| 14 | HATIMI AUTO LLC<br>1645 Main St Ste D Pmb 34<br>Buda, TX 78610-5044 | | | | | | $58,900.00 |
| 15 | K H Complete Advertising Co<br>8888 Fitness Ln<br>Fishers, IN 46037-8231 | | | | | | $45,771.89 |
| 16 | KATZ, SAPPER & MILLER<br>Department 235<br>Po Box 7096<br>Indianapolis, IN 46207-7096 | | | | | | $38,000.00 |
| 17 | Manheim (San Antonio)<br>6325 Peachtree Dunwoody Road NE<br>Atlanta, GA 30328 | | | | | | $51,020.00 |
| 18 | SPIREON INC<br>18881 Von Karman Ave Ste 1500<br>Irvine, CA 92612-1582 | | | | | | $73,555.09 |
| 19 | ULTRA FLEET SERVICE<br>943 Lee Trevino<br>San Antonio, TX 78221-3237 | | | | | | $118,568.68 |
| 20 | XL Parts LLC<br>2527 Willowbrook Rd.<br>Dallas, TX 75220 | | | | | | $63,380.14 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **DP Auto Sales, Ltd**                                           CASE NO

                                                                                                CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **06/20/2024**      Signature                     **/s/ Jody Anderson**
                                                            Jody Anderson, President

1800 Radiator
5005 West Ave Ste 1200
San Antonio, TX 78213-2711

1914 TRADING CO. LLC
2619 Ackerman Rd
San Antonio, TX 78219-2117

24 Seven Security
3403 73rd St # 2
Lubbock, TX 79423-1101

7ELEVEN SPEEDWAY - WEX BANK
Po Box 6293
Carol Stream, IL 60197-6293

AAP FINANCIAL SERVICES
c/o ADVANCE AUTO PARTS
PO BOX 742063
Atlanta, GA 30374

ACV AUCTIONS INC
640 Ellicott St Ste 108
Buffalo, NY 14203-1252

ADESA - SAN ANTONIO
200 S Callaghan Rd
San Antonio, TX 78227-1547

ADESA Birmingham
804 Sollie Dr
Moody, AL 35004-3016

ADESA-AUSTIN
COLLECTIONS DEPT.
2108 Ferguson Ln
Austin, TX 78754-4514

ADT Security Services LLC
ATTN Bankruptcy Processing
452 Sable Blvd G
Aurora, CO 80011-0812

AFC - AUTOMOTIVE FINANCE CO
200 S Callaghan Rd
San Antonio, TX 78227-1547

ALANIS WRECKER SERVICE
1035 Culebra Rd
San Antonio, TX 78201-6120

ALGAR, INC.
DBA GRADE A ALLSTATE AUTO PARTS
7301 Grade Ln
Louisville, KY 40219-3403

ALLDATA
9650 W Taron Dr # 100
Elk Grove, CA 95757-8197

Amazon Corporate Headquarters
410 Terry Ave N
Seattle, WA 98109-5210

American Express
P.O. Box 981537
El Paso, TX 79998

AMERICAN LUBE SUPPLY
8165 Whisper Oak
San Antonio, TX 78266-4411

AMERICAN MOTORS
5418 E Ih 10
San Antonio, TX 78219-4503

AMERICAN RISK SERVICES
1130 Congress Ave
Cincinnati, OH 45246-4484

American Tire Distributors, Inc.
12200 Herbert Wayne Ct Ste 150
Huntersville, NC 28078-6397

AMERICAS AUTO AUCTION
16611 S Ih 35
Buda, TX 78610-9639

AMERICA'S HOUSTON
1826 Almeda Genoa Rd
Houston, TX 77047-4420

ANCIRA KIA IH10
10807 W Interstate 10
San Antonio, TX 78230-1301

ANCIRA VW KIA
6125 Bandera Rd
San Antonio, TX 78238-1643

ANCIRA WINTON CHEVROLET
Po Box 29719
San Antonio, TX 78229-0719

APEX AUTOMOTIVE GROUP LLC
1950 E Greyhound Pass Ste 18 Pmb 221
Carmel, IN 46033

ASSURED AUTO PARTS, INC
11715 State Highway 16 S
San Antonio, TX 78224-3027

ATMOS ENERGY
Po Box 740353
Cincinnati, OH 45274-0353

Auto Zone
San Antonio Regional Office
8611 Perrin Beitel Rd
San Antonio, TX 78217-4818

BARCOM TECHNOLOGY SOLUTIONS
10443 Gulfdale St Ste 101
San Antonio, TX 78216-4117

| | | |
|---|---|---|
| Bayeh Automotive, Inc<br>552 New Laredo Hwy<br>San Antonio, TX 78211-1967 | BAYEH'S AUTOMOTIVE<br>552 New Laredo Hwy<br>San Antonio, TX 78211-1967 | Bexar County Tax Collector<br>attn:Don Stecker<br>Linebarger Googan<br>112 E Pecan St Ste 2200<br>San Antonio, TX 78205-1588 |
| BIG O TIRE<br>ATTN Accounts Receivable<br>415 Military E<br>Benicia, CA 94510-2812 | Big Time Advertising & Marketing, LLC<br>732 Crown Industrial Ct Ste N<br>Chesterfield, MO 63005-1166 | BROTHERS AUTO PARTS<br>8403 New Laredo Hwy<br>San Antonio, TX 78211-5102 |
| Bryan Esterline<br>dba JCT Automotive LLC<br>1965 Blue Stone Ln<br>Commerce Twp, MI 48390-4306 | BYRIDER FRANCHISING<br>12802 Hamilton Crossing Blvd<br>Carmel, IN 46032-5424 | Byrider San Antonio West<br>6226 Bandera Rd<br>San Antonio, TX 78238-1630 |
| C & C Mobile Carwash<br>6114 75th St<br>Lubbock, TX 79424-1939 | CALLIS PROFESSIONAL SERVICES LLC<br>DBA JAN-PRO OF SA<br>Po Box 781696<br>San Antonio, TX 78278 | CAR KEYS EXPRESS<br>Po Box Box 775714<br>Chicago, IL 60677-0001 |
| CARCARE PROMOTIONS<br>4100 Spring Valley Rd Ste 154<br>Dallas, TX 75244-3757 | CARLISLE AUTO AIR<br>6411 San Pedro Ave<br>San Antonio, TX 78216-7212 | CAROFFER, LLC<br>2701 E Plano Pkwy Ste 100<br>Plano, TX 75074 |
| CBIZ Inc. dba CBIZ MHM Indiana<br>dba CBIZ Somerset<br>Po Box Box 646001<br>Cincinnati, OH 45264-0001 | CD TIRE AND MUFFLER<br>7250 Bandera Rd<br>San Antonio, TX 78238-1137 | CITY OF LUBBOCK ALARM PERMITS<br>Po Box Box 2000<br>Lubbock, TX 79457-0001 |
| CITY OF LUBBOCK UTILITIES<br>Po Box 10541<br>Lubbock, TX 79408-3541 | COALA ENTERPRISES LLC<br>17803 Dansworth Dr<br>Pflugerville, TX 78660-5156 | COMPLETE FOREIGN AUTO PARTS #2<br>DBA INTERNATIONAL T<br>9809 New Laredo Hwy<br>San Antonio, TX 78211-5506 |
| COMPLYAUTO PRIVACY LLC<br>Po Box 737540<br>Dallas, TX 75373-7540 | CORDOVA AUTO CENTER #4<br>3425 Sw Military Dr<br>San Antonio, TX 78211 | COX AUTOMOTIVE<br>6205 Peachtree Dunwoody Rd<br>Atlanta, GA 30328-4524 |
| CPS Energy<br>Attn: Bankruptcy Section<br>145 Navarro St Stop 110910<br>San Antonio, TX 78205-2934 | Crystal-Clean<br>ATTN Collections<br>2000 Center Dr Ste East<br>Hoffman Est, IL 60192-5005 | CT Lien Solutions<br>2929 Allen Pkwy # 100<br>Houston, TX 77019-7100 |
| D&K DISTRIBUTING<br>5504 Bandera Rd Ste 410-411<br>San Antonio, TX 78238-1943 | DaHill<br>c/o XEROX BUSINESS SOLUTIONS SOUTHWEST<br>Po Box 205354<br>Dallas, TX 75320-5354 | DAVID B SOLIZ<br>7415 Fairlawn Dr<br>San Antonio, TX 78223-3836 |

| | | |
|---|---|---|
| Document Shredding & Storage, LTD<br>Po Box 8468<br>Amarillo, TX 79114-8468 | DOMINGO VARA CHEVROLET<br>Po Box 240850<br>San Antonio, TX 78224-0850 | Donald R. Mitchell<br>1724 E Amherst St<br>Lubbock, TX 79403-4040 |
| DPR INVESTMENTS, LTD<br>511 W French Pl<br>San Antonio, TX 78212-3608 | DW LOGISTICS LLC<br>2915 Britton Dr<br>Dallas, TX 75216-4403 | eBay Inc.<br>2025 Hamilton Ave<br>San Jose, CA 95125-5904 |
| Elan Financial Services<br>1255 Corporate Dr # 6<br>Irving, TX 75038-2562 | EMBASSY COLLISION<br>1423 Brady Blvd<br>San Antonio, TX 78237-4308 | EXPERIAN<br>Po Box 841971<br>Los Angeles, CA 90084 |
| FIRST CALL AUTO PARTS<br>PO Box BOX 790098<br>Saint Louis, MO 63179 | Flume Law Firm, LLP<br>Po Box 17746<br>San Antonio, TX 78217-0746 | FONALITY, INC<br>5340 LEGACY DR SUITE 155<br>75024 |
| FORESIGHT SERVICES GROUP, INC.<br>ATTN: THOMAS<br>2250 Bush Dr<br>Mckinney, TX 75070-7556 | FP MAILING SOLUTIONS<br>Po Box 157<br>Bedford Park, IL 60499-0157 | Full Service Auto Parts Inc-XL Parts<br>4737 Broom St<br>San Antonio, TX 78217-3708 |
| Gallagher Promotional Products<br>655 Florida Central Pkwy<br>Longwood, FL 32750-6345 | Genuine Parts Co<br>Dba-Napa Auto Parts<br>6374 Rittiman Rd<br>San Antonio, TX 78218-4750 | GIANT IMPORTS<br>9592 New Laredo Hwy<br>San Antonio, TX 78211-5502 |
| Go Powertrain LLC<br>6606 Rawley Pike<br>Hinton, VA 22831-2004 | HATIMI AUTO LLC<br>1645 Main St Ste D Pmb 34<br>Buda, TX 78610-5044 | HESSELBEIN TIRE CP<br>3003 Ne Loop 289<br>Lubbock, TX 79403-3928 |
| HOMENET AUTOMOTIVE<br>224 Valley Creek Blvd Ste 300<br>Exton, PA 19341-2300 | IDENTIFIX<br>2714 Patton Rd<br>Saint Paul, MN 55113-1138 | INGRAM PARK CHRYSLER JEEP DODGE INC.<br>4114 Pond Hill Rd Ste 302<br>San Antonio, TX 78231-1273 |
| INGRAM PARK MAZDA<br>6980 Nw Loop 410<br>San Antonio, TX 78238-4110 | INGRAM PARK NISSAN<br>6990 Nw Loop 410<br>San Antonio, TX 78238-4110 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| JACOBS EQUIPMENT DISTR COMPANY<br>6223 Us Highway 87 E Ste 1<br>San Antonio, TX 78222-1822 | JAIME A MORENO<br>dba MORENO'S ELITE AUTOWORKS LLC<br>8901 Highway 87 Unit 125<br>Lubbock, TX 79423-7315 | JD BYRIDER ADVERTISING<br>12802 Hamilton Crossing Blvd<br>Carmel, IN 46032-5424 |

JESUS ALBERTO CELESTINO
DBA BLUE J PAINT & BODY
Po Box 681643
San Antonio, TX 78268-1643

Jiffy Lube International, Inc.
Po Box 4427
Houston, TX 77210-4427

JIMMY MOORE
4409 75th Dr Apt B
Lubbock, TX 79424-2365

JOHN GONZALEZ
DBA GET'EM OUT PEST CONTROL SERVICES
12500 La Bahia
San Antonio, TX 78233-6323

JORDAN FORD
13010 N Ih 35
Live Oak, TX 78233-2614

JOSE A ALONSO
DBA JMJ BUGGY SERVICE
908 N Zarzamora St
San Antonio, TX 78207-1407

K H Complete Advertising Co
8888 Fitness Ln
Fishers, IN 46037-8231

K&M TIRE
Po Box 279
Delphos, OH 45833-0279

KATZ, SAPPER & MILLER
Department 235
Po Box 7096
Indianapolis, IN 46207-7096

KCWX-DT
1402 West Ave
Austin, TX 78701-1528

KEYSTONE AUTOMOTIVE INDUSTRIES
17745 Lookout Rd Ste 100
Selma, TX 78154-2188

KIMBALL MIDWEST
DEPARTMENT L-2780
4800 Roberts Rd
Columbus, OH 43228-9791

KOFAX, INC. (TUNGSTEN AUTOMATION)
15211 Laguna Canyon Rd
Irvine, CA 92618-3146

KPA SERVICES, LLC
11080 Circle Point Rd Ste 200
Westminster, CO 80020-2778

KRISTINA NELSON
1811 Wood Grv
San Antonio, TX 78232-4962

KWIK KAR LUBE & TUNE
11715 Oconnor Rd
San Antonio, TX 78233-5318

LAWLER MOTOR SPORTS INC
631 106th St
Arlington, TX 76011-5328

LEXISNEXIS
28330 Network Pl
Chicago, IL 60673-1283

LIBERTY TIRE RECYCLING, LLC
600 River Ave Ste 3
Pittsburgh, PA 15212-5994

LKQ AUTO PARTS
Attn Collections
500 W Madison St Ste 2800
Chicago, IL 60661-2506

LONE STAR CHRYSLER DODGE JEEP
8811 Interstate Highway 35 S
San Antonio, TX 78211-5700

LONE STAR FIRE & FIRST AID
449 CULEBRA
San Antonio, TX 78201

Lubbock County Assessor Collector
916 Main St. Ste 102
Lubbock, TX 79401

Manheim (San Antonio)
6325 Peachtree Dunwoody Road NE
Atlanta, GA 30328

MARIO MARTINEZ
DBA STACKING DIMES WELDING LLC
515 Anchors Flt
San Antonio, TX 78245-2754

MARK E RICE
DBA M&S TRANSPORT
752 N Main St # 1418
Mansfield, TX 76063-3294

MATT GILL
6226 Bandera Rd
San Antonio, TX 78238-1630

MCCOMBS FORD WEST
Po Box Bh003
San Antonio, TX 78201-1268

MERRY SANCHEZ
1002 Sams Dr
San Antonio, TX 78221-3635

METLIFE INSURANCE
10579 Palatine
Palatine, IL 60055-0001

| | | |
|---|---|---|
| **MICHEAL R. GEE**<br>DBA FLEET WINDSHIELD<br>Po Box 508<br>Brownfield, TX 79316-0508 | **Mike Motors Auto Salvage**<br>9545 New Laredo Hwy<br>San Antonio, TX 78211-5502 | **Mr. Maid**<br>3203 41st St<br>Lubbock, TX 79413-3102 |
| **MR. TRANSMISSION**<br>1560 Austin Hwy<br>San Antonio, TX 78218-6042 | **NEXTGEAR CAPITAL**<br>11799 N College Ave<br>Carmel, IN 46032-5605 | **NORTH TEXAS TOLLWAY AUTHORIY**<br>Po Box 260928<br>Plano, TX 75026-0928 |
| **Occupational Health Centers**<br>of the Southwest, PA<br>Po Box 9005<br>Addison, TX 75001-9005 | **OMNISOURCE**<br>Po Box 205477<br>Dallas, TX 75320-5477 | **Online Vehicle, Exchange, LLC**<br>dba DealShield<br>3003 Summit Blvd Fl 200<br>Brookhaven, GA 30319-1469 |
| **O'Reilly Auto Parts - Corporate Office**<br>233 S Patterson Ave<br>Springfield, MO 65802-2210 | **PARKER LLOYD LUTICH**<br>DBA ALL AROUND TOWN LOCKSMITH<br>3215 Scarlet Ohara<br>San Antonio, TX 78223-4702 | **PK POSSIBILITIES LLC**<br>DBA JOHNSON'S AUTO GLASS<br>Po Box 94182<br>Lubbock, TX 79493-4182 |
| **Plains Capital Bank**<br>740 Ne Loop 410 # 100<br>San Antonio, TX 78209 | **Pop-A-Lock**<br>Po Box 131809<br>Spring, TX 77393-1809 | **Printed Supplies Inc.**<br>10530 Sentinel St<br>San Antonio, TX 78217-3822 |
| **QUICK VIEW TECHNOLOGIES**<br>DEPT #480<br>Po Box Box 1000<br>Memphis, TN 38148-0001 | **RAMIREZ AUTO GLASS**<br>2703 Commercial Ave<br>San Antonio, TX 78221-2002 | **REDLINE TRANSMISSION**<br>7632 Marbach Rd<br>San Antonio, TX 78227-1617 |
| **RG AUTO SALES**<br>3716 Ocee St<br>Houston, TX 77063-5414 | **River City Auto Title**<br>9920 San Pedro Ave<br>San Antonio, TX 78216-4436 | **ROADRUNNER SERVICES LLC**<br>Po Box 849<br>Hendersonvlle, TN 37077-0849 |
| **ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER**<br>755 EAST MULBERRY, STE 200<br>San Antonio, TX 78212 | **S.A. KEY MAKERS CO.**<br>DBA SURE-LOCK AND SAFE<br>8034 Culebra Rd Ste 512<br>San Antonio, TX 78251-1897 | **Sam's Club Office**<br>930 S Kimball Ave<br>Southlake, TX 76092-9021 |
| **SAN ANTONIO AUTO AUCTION**<br>13510 Toepperwein Rd<br>Live Oak, TX 78233-4004 | **San Antonio Water Systems**<br>Attn: Bankruptcy Dept<br>Po Box 2449<br>San Antonio, TX 78298-2449 | **SAREKON LLC**<br>610 Terminal Way<br>Costa Mesa, CA 92627-3616 |
| **SECURED AUTO**<br>103 Chattington Ct<br>San Antonio, TX 78213-2610 | **SESA Collision LLC**<br>11630 Old Corpus Christi Hwy<br>San Antonio, TX 78223-9358 | **Shell**<br>Po Box 9001015<br>Louisville, KY 40290-1015 |

| | | |
|---|---|---|
| SIGNS AND PRINTING SA<br>4223 Centergate St<br>San Antonio, TX 78217-4802 | SINCLAIR BROADCAST<br>10706 Beaver Dam Rd<br>Cockeysville, MD 21030-2207 | SNYDER SALVAGE<br>Po Box 32<br>Holland, TX 76534-0032 |
| SOUTH PLAINS TOWING, LLC<br>Po Box 64368<br>Lubbock, TX 79464-4368 | SOUTHWAY FORD<br>7979 S Ih 35<br>San Antonio, TX 78224-1334 | Southwest Fire Protection<br>Po Box 701490<br>San Antonio, TX 78270-1490 |
| SPIREON INC<br>18881 Von Karman Ave Ste 1500<br>Irvine, CA 92612-1582 | STEPHEN LEE BATES<br>631 106th St<br>Arlington, TX 76011-5328 | STEVE HARRISON<br>3521 57th St<br>Lubbock, TX 79413-4720 |
| SURGO CONSTRUCTION SERVICES<br>dba SURGO AUTOMOTIVE<br>6446 San Pedro Ave<br>San Antonio, TX 78216-7211 | T7 ENTERPRISES<br>dba RELIABLE TIRE DISPOSAL<br>3345 E State Highway 29<br>Burnet, TX 78611-4782 | TAKE 5<br>440 S Church St Ste 700<br>Charlotte, NC 28202-2059 |
| Tarco Industries, Inc<br>1891 Goodyear Ave Ste 603<br>Ventura, CA 93003-8003 | TEXAS AUTO CARRIERS<br>5765 Bicentennial St<br>San Antonio, TX 78219-3005 | TEXAS BALLOON DISTRIBUTOR<br>12004 Colwick St<br>San Antonio, TX 78216-2719 |
| Texas Comptroller of Public Account<br>Attn: Bankruptcy<br>Po Box 149359<br>Austin, TX 78714-9359 | TEXAS FILTER SERVICE INC<br>10276 Robinson Dr<br>Tyler, TX 75703-3417 | TEXAS MUTUAL INSURANCE CO<br>2200 Aldrich St<br>Austin, TX 78723-3474 |
| TEXAS TOWING<br>422 Steves Ave<br>San Antonio, TX 78204-2344 | The Smeberg Law Firm<br>4 Imperial Oaks<br>San Antonio, TX 78248-1609 | THOMAS HOLSTEIN<br>DBA LONE STAR AUTO LOCKSMITH<br>8007 Copper Trail<br>San Antonio, TX 78244 |
| Thurbert Ray Stout<br>dba N. University Muffler & Radiator<br>3618 34th St<br>Lubbock, TX 79410-2834 | TIREHUB LLC<br>1 Ravinia Dr Ste 1300<br>Atlanta, GA 30346-2128 | Trustmark Voluntary Benefit Sol., Inc.<br>75 Remittance Dr Dept 1791<br>Chicago, IL 60675-1791 |
| Uber Technologies, Inc.<br>1725 3rd St<br>San Francisco, CA 94158-2203 | ULTRA FLEET SERVICE<br>943 Lee Trevino<br>San Antonio, TX 78221-3237 | UniFirst Uniform Services - San Antonio<br>3047 E Commerce St<br>San Antonio, TX 78220-1036 |
| UNITEDHEALTHCARE INSURANCE COMAPNY<br>Po Box 94017<br>Palatine, IL 60094-4017 | UNITEDHEALTHCARE LIFE INSURANCE<br>Po Box Box 860511<br>Minneapolis, MN 55486-0001 | Unum<br>6 Concourse Pkwy Ste 2700<br>Atlanta, GA 30328-6186 |

| | | |
|---|---|---|
| **UP AND GONE RECOVERY**<br>216 S Skyline Ct<br>Cresson, TX 76035-5807 | **Velda Folkner**<br>dba Drivers Edge Car Audio<br>227 Ave Q<br>Lubbock, TX 79415 | **Waste Connections**<br>dba CAPROCK WASTE<br>P.O. BOX 2803<br>Lubbock, TX 79408 |
| **WASTE MANAGEMENT**<br>800 Capitol St Ste 3000<br>Houston, TX 77002-2945 | **WEST LOOP MITSUBISHI**<br>7007 Nw Loop 410<br>San Antonio, TX 78238-4115 | **WILLIAM ROSS JONES**<br>15002 Spring Star St<br>San Antonio, TX 78247-1630 |
| **WORLD CAR HYUNDAI KIA**<br>12115 N Ih 35<br>San Antonio, TX 78233-4209 | **XL Parts LLC**<br>2527 Willowbrook Rd.<br>Dallas, TX 75220 | |

# DP Auto Sales, Ltd.

## Partnership Resolution

Pursuant to the provisions of the Texas Business Organizations Code and the agreement of limited partnership (the "*LPA*") of DP Auto Sales, Ltd., a Texas Limited Partnership, (the "*Partnership*"), on this 12th day of May 2024; the undersigned, being the general partner of the Partnership (the "*GP*"), the following was resolved and unanimously approved by GP (collectively, the "*Resolution*") and said Resolution was consented to by the limited partners:

## ARTICLE I.
### Recitals

**Commencement of Subchapter V Bankruptcy Case**
Whereas the GP acknowledges that the Partnership likely cannot continue operating without reorganizing its debts in a Chapter 11 bankruptcy;

Whereas the GP desires to authorize the Partnership's President, Jody Anderson ("*J. Anderson*"), to retain all necessary professionals and to execute all documents reasonable and necessary in his business judgment to place the Partnership in a Sub-Chapter V bankruptcy (or under other Chapter as he sees fit in his business judgment) (the "*Bankruptcy Case*") with the United States Bankruptcy Court for the Western District of Texas, San Antonio Division (the "*Bankruptcy Court*"), to fulfill all the Partnership's obligations under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), to pursue and defend all the Partnership's interests during and related to the bankruptcy, to obtain plan confirmation, and prosecute litigation on behalf of the Partnership;

Therefore, the GP resolves as follows:

## ARTICLE II.
### Resolutions

1. The GP resolves that J. Anderson may retain all necessary professionals and execute all documents reasonable and necessary in his business judgement to:
    a. Commence the Bankruptcy Case on behalf of the Partnership with the Bankruptcy Court;
    b. Fulfill all the Partnership's obligations in the Bankruptcy Case;
    c. Pursue and defend all the Partnership's interests during and related to the Bankruptcy Case;
    d. Obtain confirmation of the Plan; and
    e. Prosecute and defend all litigation on behalf of the Partnership in any jurisdiction including, but not limited to those arising under the Bankruptcy Code.
2. The GP resolves to authorize J. Anderson by and behalf of the Partnership to retain the Smeberg Law Firm, PLLC to take all actions in the Chapter 11 bankruptcy it deems reasonable and necessary to protect the Partnership's interests in accordance with the retainer agreement executed for that purpose and as directed by the Partnership's President.
3. The GP resolves to authorize J. Anderson to retain and employ other professionals as needed, in addition to the Smeberg Law Firm, PLLC as general bankruptcy counsel (collectively, the "*Restructuring Professionals*"); and in connection with the retention of the Restructuring Professionals, authorizes and directs J. Anderson to execute retention agreements, pay retainers, prior to, immediately upon and after the filing of the bankruptcy cases, and to cause to be filed an application for authority to retain the services of the Restructuring Professionals.
4. The GP resolves that J. Anderson (the "*Authorized Person*") be, and hereby is, authorized, empowered and directed for and on behalf of the Partnership, to execute and deliver on behalf of the Partnership such other documents, to take, or cause to be taken, such further action for and on behalf of the Partnership as such Authorized Person shall deem necessary or appropriate to enable the Partnership to perform its obligations and exercise its rights under Chapter 11 and otherwise to

2

carry out the intent and purpose of the foregoing resolutions and the transactions contemplated thereby.
5. The GP resolves that any and all actions heretofore taken, and any and all things theretofore done, by J. Anderson or other representative of the Partnership, in connection with, or with respect to, the matters referred to in the foregoing resolutions be, and they hereby are, confirmed, ratified and approved as authorized and valid acts taken on behalf of the Companies, as the case may be.
6. The GP resolves that J. Anderson is authorized to direct the Restructuring Professionals to draft and file a Plan.
7. The GP resolves that J. Anderson has the authority to modify any debtor-in-possession loan or the plan of reorganization provided that the economic substance is not materially modified without further authority of the GP.

**IN WITNESS WHEREOF**, James Milton Day on behalf of D.P. Auto, LLC, General Partner of DP Auto Sales, Ltd. has resolved as stated above and has caused his signature, to be set forth below on this the 12th day of May, 2024.

BY: _____
James Milton Day, Member, D.P. Auto, LLC,
General Partner of DP Auto Sales, Ltd

Consented to By:
BY: _____
James Milton Day, Limited Partner

BY: _____
Jennifer Day, Limited Partner

3