**Fill in this information to identify the case:**

Debtor name **DP Auto Sales, Ltd**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): **24-51135**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/18/2024**
MM/ DD/ YYYY

X **/s/ Jody Anderson**
Signature of individual signing on behalf of debtor

**Jody Anderson**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor Name __**DP Auto Sales, Ltd**__

United States Bankruptcy Court for the: __**Western**__ District of __**Texas**__
(State)

Case number (If known): __**24-51135**__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Plains Capital** | **Checking account** | **6 5 1 8** | **$8,491.03** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$8,491.03** |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 **Foresight (FSG)** | **$760,000.00** |
|---|---|

Debtor  **DP Auto Sales, Ltd** _____    Case number *(if known)* **24-51135** _____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                       | **$760,000.00** |

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    **unknown** - **unknown** =..... ➡    **$819,527.70**
    face amount  /  doubtful or uncollectible accounts

    11b. Over 90 days old:    **unknown** - **$2,822.98** =..... ➡    **$2,822.98**
    face amount  /  doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | **$822,350.68** |

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                        % of ownership:

    15.1. _____    _____    _____

    15.2. _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

Debtor    **DP Auto Sales, Ltd** _____       Case number *(if known)* **24-51135** _____

     Name

|  |  |  |  |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.        | _____ |

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.      | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

Debtor  **DP Auto Sales, Ltd**
Name

Case number *(if known)* 24-51135

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

| Debtor | DP Auto Sales, Ltd | Case number *(if known)* 24-51135 |
|---|---|---|
| | Name | |

| | See Attachment A | unknown | | $139,720.66 |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$139,720.66

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2016 Dodge Dart** / VIN: 1C3CDFAA2GD736568 | unknown | | $6,275.00 |
| 47.2 **2016 Hyundai Sonata** / VIN: 5NPE24AF3GH329380 | unknown | | $6,800.00 |
| 47.3 **2014 Toyota COROLLA** / VIN: 5YFBURHE8EP098371 | unknown | KBB | $9,250.00 |
| 47.4 **2012 Chevrolet EQUINOX** / VIN: 2GNALPEK8C6129427 | unknown | KBB | $5,150.00 |
| 47.5 **2017 Acura GRAND CHEROK** / VIN: 1C4RJEAG6HC846494 | unknown | KBB | $16,700.00 |
| 47.6 **2016 Chevrolet MALIBU** / VIN: 1G1ZB5ST2GF203445 | unknown | KBB | $8,625.00 |
| 47.7 **2018 Chevrolet SONIC** / VIN: 1G1JD5SG2J4110597 | unknown | KBB | $9,575.00 |

Debtor   **DP Auto Sales, Ltd**
Name

Case number *(if known)* __24-51135__

| | | | |
|---|---|---|---|
| 47.8 **2014 Kia SOUL /** VIN: KNDJN2A28E7001543 | unknown | KBB | $4,625.00 |
| 47.9 **2015 Chevrolet CAPTIVA /** VIN: 3GNAL3EK7FS520826 | unknown | KBB | $2,875.00 |
| 47.10 **2014 Dodge DART /** VIN: 1C3CDFBB2ED669748 | unknown | KBB | $5,225.00 |
| 47.11 **2012 Chevrolet SONIC /** VIN: 1G1JC6SH1C4149394 | unknown | KBB | $2,975.00 |
| 47.12 **2012 Jeep LIBERTY /** VIN: 1C4PJLAK2CW120770 | unknown | KBB | $4,325.00 |
| 47.13 **2012 Nissan SENTRA /** VIN: 3N1AB6AP5CL768130 | unknown | | $3,525.00 |
| 47.14 **2011 Alfa Romeo MAZDA2 /** VIN: JM1DE1HY4B0125539 | unknown | | $2,075.00 |
| 47.15 **2013 Nissan EDGE /** VIN: 2FMDK3AK2DBC45539 | unknown | | unknown |
| 47.16 **2013 Ford FLEX /** VIN: 2FMGK5D86DBD29596 | unknown | | unknown |
| 47.17 **2016 Acura PATRIOT /** VIN: 1C4NJRFB1GD654685 | unknown | | unknown |
| 47.18 **2016 Lincoln MKX /** VIN: 2LMTJ6KR9GBL62314 | unknown | | unknown |
| 47.19 **2016 Hyundai SONATA /** VIN: 5NPE34AF4GH371683 | unknown | | $9,450.00 |
| 47.20 **2017 Dodge JOURNEY /** VIN: 3C4PDCAB7HT560259 | unknown | | unknown |
| 47.21 **2017 Chevrolet SONIC /** VIN: 1G1JC5SH1E4216184 | unknown | | $3,650.00 |
| 47.22 **2012 Jeep COMPASS /** VIN: 1C4NJCBA3CD727091 | unknown | | unknown |
| 47.23 **2011 Chevrolet IMPALA /** VIN: 2G1WD5EM3B1172143 | unknown | | unknown |
| 47.24 **2013 Dodge DART /** VIN: 1C3CDFAA3DD287705 | unknown | | unknown |
| 47.25 **2011 Mazda 3 /** VIN: JM1BL1VF3B1408461 | unknown | | $3,700.00 |
| 47.26 **2014 Nissan Maxima /** VIN: 1N4AA5AP8EC915023 | unknown | | unknown |
| 47.27 **2014 Chrysler 200 /** VIN: 1C3CCBBB3EN102020 | unknown | | unknown |
| 47.28 **2014 Chevrolet CAPTIVA /** VIN: 3GNAL3EK8ES648944 | unknown | | unknown |
| 47.29 **2012 Ford FUSION /** VIN: 3FAHP0GA9CR107202 | unknown | | unknown |
| 47.30 **2011 Buick REGAL /** VIN: W04GN5EC4B1084170 | unknown | | unknown |
| 47.31 **2010 Ford FUSION /** VIN: 3FAHP0HG8AR101181 | unknown | | unknown |
| 47.32 **2014 Chrysler TOWN & COUNT /** VIN: 2C4RC1CG2ER115712 | unknown | | unknown |
| 47.33 **2014 Chrysler TOWN & COUNT /** VIN: 2C4RC1BG5ER292269 | unknown | | unknown |
| 47.34 **2013 Ford FUSION /** VIN: 3FA6P0HR3DR262728 | unknown | | unknown |
| 47.35 **2014 Chrysler 200 /** VIN: 1C3CCBCG7EN120594 | unknown | | unknown |
| 47.36 **2014 Chevrolet CRUZE /** VIN: 1G1PC5SB0E7240318 | unknown | | unknown |
| 47.37 **2019 Nissan VERSA /** VIN: 3N1CN7AP7KL813167 | unknown | | $10,750.00 |

| 47.38 | **2012 Kia SOUL ( VIN: KNDJT2A5XC7429613** | unknown | $3,400.00 |

Debtor  **DP Auto Sales, Ltd**
Name

Case number *(if known)* __24-51135__

| | | |
|---|---|---|
| 47.39 **2013 Buick ENCORE** / VIN: KL4CJBSB7DB190453 | unknown | $7,825.00 |
| 47.40 **2014 Chevrolet CRUZE** / VIN: 1G1PE5SB7E7418123 | unknown | $3,500.00 |
| 47.41 **2013 GMC TERRAIN** / VIN: 2GKALSEK1D6113040 | unknown | $6,975.00 |
| 47.42 **2011 Volkswagen JETTA** / VIN: 3VW2K7AJ2BM379552 | unknown | unknown |
| 47.43 **2014 Hyundai SONATA** / VIN: 5NPEB4AC9EH812665 | unknown | $5,750.00 |
| 47.44 **2013 Chrysler 200** / VIN: 1C3CCBAB7DN765249 | unknown | unknown |
| 47.45 **2012 Nissan ALTIMA** / VIN: 1N4AL2AP4CN481208 | unknown | $3,725.00 |
| 47.46 **2014 Nissan JUKE** / VIN: JN8AF5MR9ET352576 | unknown | unknown |
| 47.47 **2008 Volkswagen JETTA** / VIN: 3VWJM71KX8M107662 | unknown | $1,200.00 |
| 47.48 **2016 Dodge GRAND CARAVA** / VIN: 2C4RDGBG6GR139337 | unknown | $9,425.00 |
| 47.49 **2015 Dodge JOURNEY** / VIN: 3C4PDCBG2FT630046 | unknown | $5,175.00 |
| 47.50 **2017 Chevrolet EQUINOX** / VIN: 2GNALCEK9H1502679 | unknown | unknown |
| 47.51 **2013 Nissan ALTIMA** / VIN: 1N4AL3AP5DN542086 | unknown | unknown |
| 47.52 **2018 Chevrolet MALIBU** / VIN: 1G1ZD5ST4JF152998 | unknown | $11,800.00 |
| 47.53 **2015 Mazda 5** / VIN: JM1CW2CL3F0189071 | unknown | unknown |
| 47.54 **2015 Dodge GRAND CARAVA** / VIN: 2C4RDGBG0FR605374 | unknown | unknown |
| 47.55 **2012 Chrysler 200** / VIN: 1C3CCBAB6CN207665 | unknown | $2,825.00 |
| 47.56 **2017 Chevrolet TRAX** / VIN: 3GNCJLSB8HL165374 | unknown | unknown |
| 47.57 **2012 Buick ENCLAVE** / VIN: 5GAKRDED9CJ162775 | unknown | unknown |
| 47.58 **2015 Chevrolet CAPTIVA** / VIN: 3GNAL2EK0FS507717 | unknown | unknown |
| 47.59 **2013 Hyundai ELANTRA** / VIN: 5NPDH4AE3DH418430 | unknown | unknown |
| 47.60 **2015 Ford FUSION** / VIN: 3FA6P0G77FR210635 | unknown | unknown |
| 47.61 **2011 Chevrolet CRUZE** / VIN: 1G1PC5SH2B7101291 | unknown | $2,625.00 |
| 47.62 **2017 Jeep RENEGADE** / VIN: ZACCJADB9HPF04029 | unknown | unknown |
| 47.63 **2010 Acura ALTIMA** / VIN: 1N4AL2AP8AN531251 | unknown | unknown |
| 47.64 **2015 Kia FORTE** / VIN: KNAFK4A63F5357793 | unknown | unknown |
| 47.65 **2013 Hyundai TUCSON** / VIN: KM8JT3AB9DU755512 | unknown | unknown |
| 47.66 **2012 Chevrolet EQUINOX** / VIN: 2GNALBEK0C6361863 | unknown | unknown |
| 47.67 **2012 Nissan ALTIMA** / VIN: 1N4AL2AP1CN447050 | unknown | unknown |
| 47.68 **2012 Chrysler 200** / VIN: 1C3CCBABXCN261986 | unknown | unknown |

| 47.69 | **2011 Chevrolet EQUINOX** / VIN: 2GNALPEC8B1467307 | unknown | **$4,500.00** |

**Schedule A/B: Assets — Real and Personal Property**

| Debtor | DP Auto Sales, Ltd | Case number *(if known)* 24-51135 |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.70 | **2012 Chrysler TOWN & COUNT** / VIN: 2C4RC1BG1CR185734 | unknown | $3,600.00 |
| 47.71 | **2011 Dodge JOURNEY** / VIN: 3D4PG1FG6BT505585 | unknown | $1,575.00 |
| 47.72 | **2015 Ford ESCAPE** / VIN: 1FMCU0G76FUA24711 | unknown | $5,575.00 |
| 47.73 | **2013 Dodge CHARGER** / VIN: 2C3CDXBG3DH578068 | unknown | unknown |
| 47.74 | **2010 Volkswagen ROUTAN** / VIN: 2V4RW3D15AR333253 | unknown | $1,800.00 |
| 47.75 | **2013 Dodge DART** / VIN: 1C3CDFCH4DD293734 | unknown | $3,300.00 |
| 47.76 | **2016 Chevrolet IMPALA LIMIT** / VIN: 2G1WB5E33G1114683 | unknown | $4,675.00 |
| 47.77 | **2014 Dodge JOURNEY** / VIN: 3C4PDCAB1ET134045 | unknown | $4,425.00 |
| 47.78 | **2014 Ford FUSION** / VIN: 3FA6P0HD9ER140753 | unknown | unknown |
| 47.79 | **2014 Nissan VERSA** / VIN: 3N1CN7AP3EL804826 | unknown | unknown |
| 47.80 | **2011 Chevrolet MALIBU** / VIN: 1G1ZC5E15BF136551 | unknown | unknown |
| 47.81 | **2012 Chevrolet CRUZE** / VIN: 1G1PG5SC1C7243397 | unknown | $4,375.00 |
| 47.82 | **2013 Dodge DART** / VIN: 1C3CDFAH6DD316918 | unknown | $2,800.00 |
| 47.83 | **2015 Kia SOUL** / VIN: KNDJN2A29F7153431 | unknown | $4,800.00 |
| 47.84 | **2015 Hyundai ELANTRA** / VIN: KMHDH4AEXFU280177 | unknown | $6,500.00 |
| 47.85 | **2011 Cadillac SRX** / VIN: 3GYFNDEYXBS519953 | unknown | $4,550.00 |
| 47.86 | **2014 Dodge AVENGER** / VIN: 1C3CDZAB0EN149447 | unknown | $4,350.00 |
| 47.87 | **2014 Chevrolet CRUZE** / VIN: 1G1PC5SB1E7112878 | unknown | $4,450.00 |
| 47.88 | **2008 Volkswagen RABBIT** / VIN: WVWBB71K88W007850 | unknown | $1,600.00 |
| 47.89 | **2014 Chevrolet CRUZE** / VIN: 1G1PC5SB4E7184304 | unknown | $4,225.00 |
| 47.90 | **2016 Chrysler 200** / VIN: 1C3CCCAB9GN130219 | unknown | $8,575.00 |
| 47.91 | **2015 Chevrolet CRUZE** / VIN: 1G1PC5SB3F7277591 | unknown | $5,000.00 |
| 47.92 | **2016 Jeep PATRIOT** / VIN: 1C4NJPBA4GD601478 | unknown | $5,675.00 |
| 47.93 | **2018 Hyundai SANTA FE SPO** / VIN: 5XYZT3LB1JG527022 | unknown | $12,700.00 |
| 47.94 | **2011 Hyundai ELANTRA** / VIN: KMHDH4AE3BU142264 | unknown | $3,775.00 |
| 47.95 | **2013 Dodge AVENGER** / VIN: 1C3CDZABXDN650862 | unknown | $4,225.00 |
| 47.96 | **2015 Acura ILX** / VIN: 19VDE1F34FE005902 | unknown | $8,825.00 |
| 47.97 | **2013 Chevrolet IMPALA** / VIN: 2G1WC5E37D1177147 | unknown | $6,275.00 |
| 47.98 | **2015 KIA RIO** / VIN: KNADM4A38F6483715 | unknown | $3,800.00 |
| 47.99 | **2015 Ford TAURUS** / VIN: 1FAHP2E86FG196332 | unknown | $7,050.00 |

**Schedule A/B: Assets — Real and Personal Property**

Debtor **DP Auto Sales, Ltd**
Name

Case number *(if known)* **24-51135**

| | | | |
|---|---|---|---|
| 47.102 | **2011 Nissan MAXIMA** / VIN: 1N4AA5AP3BC829825 | unknown | $4,875.00 |
| 47.103 | **2013 Dodge AVENGER** / VIN: 1C3CDZABXDN571773 | unknown | $3,475.00 |
| 47.104 | **2012 Nissan ALTIMA** / VIN: 1N4AL2AP6CN446394 | unknown | $3,525.00 |
| 47.105 | **2014 Chevrolet IMPALA LIMIT** / VIN: 2G1WA5E30E1127228 | unknown | $7,225.00 |
| 47.106 | **2016 Kia SORENTO** / VIN: 5XYPG4A37GG081836 | unknown | $11,600.00 |
| 47.107 | **2009 Toyota CAMRY** / VIN: 4T1BE46KX9U870494 | unknown | unknown |
| 47.107 | **2012 Nissan ALTIMA** / VIN: 1N4AL2AP6CN456844 | unknown | $2,925.00 |
| 47.107 | **2014 Chrysler 200** / VIN: 1C3CCBAB5EN212116 | unknown | $3,200.00 |
| 47.108 | **2013 Hyundai ELANTRA** / VIN: KMHDH4AE7DU498591 | unknown | $4,525.00 |
| 47.109 | **2017 Dodge JOURNEY** / VIN: 3C4PDCBB2HT701981 | unknown | $9,400.00 |
| 47.110 | **2016 Hyundai SONATA** / VIN: 5NPE34AF6GH298137 | unknown | $10,250.00 |
| 47.110 | **2015 Nissan ALTIMA** / VIN: 1N4AL3AP1FN334239 | unknown | $5,925.00 |
| 47.110 | **2015 Dodge JOURNEY** / VIN: 3C4PDCGB6FT689601 | unknown | $7,400.00 |
| 47.111 | **2016 Kia OPTIMA** / VIN: 5XXGT4L31GG051597 | unknown | $8,225.00 |
| 47.111 | **2015 Chevrolet TRAX** / VIN: 3GNCJKSBXFL254385 | unknown | $5,025.00 |
| 47.111 | **2011 Hyundai ELANTRA** / VIN: KMHDH4AE4BU169988 | unknown | $4,100.00 |
| 47.11? | **2014 Dodge GRAND CARAVA** / VIN: 2C4RDGBG7ER101984 | unknown | $4,025.00 |
| 47.11? | **2013 Chevrolet MALIBU** / VIN: 1G11H5SA1DF259396 | unknown | $4,575.00 |
| 47.11? | **2011 Nissan ALTIMA** / VIN: 1N4AL2AP7BN461419 | unknown | $2,125.00 |
| 47.11? | **2013 Toyota SCION XD** / VIN: JTKKUPB43D1037736 | unknown | $7,950.00 |
| 47.120 | **2016 Dodge DART** / VIN: 1C3CDFBBXGD680984 | unknown | $5,000.00 |
| 47.12? | **2013 Ford EDGE** / VIN: 2FMDK3KC4DBA26055 | unknown | $6,750.00 |
| 47.12? | **2011 GMC ACADIA** / VIN: 1GKKRSED3BJ340430 | unknown | $3,875.00 |
| 47.12? | **2017 Hyundai ELANTRA** / VIN: 5NPD74LF9HH175849 | unknown | $6,625.00 |
| 47.12? | **2014 Ford TAURUS** / VIN: 1FAHP2F8XEG176520 | unknown | $7,825.00 |
| 47.12? | **2015 Acura CHEROKEE** / VIN: 1C4PJLAB5FW658013 | unknown | $10,100.00 |
| 47.12? | **2015 Kia OPTIMA** / VIN: 5XXGN4A71FG518807 | unknown | $6,875.00 |
| 47.12? | **2016 Hyundai SONATA** / VIN: 5NPE24AF5GH329851 | unknown | $8,150.00 |
| 47.12? | **2013 Kia OPTIMA** / VIN: KNAGM4A74D5328291 | unknown | $5,725.00 |
| 47.12? | **2012 Hyundai VELOSTER** / VIN: KMHTC6AD8CU075062 | unknown | $3,050.00 |

| 47.130 | **2011 Chevrolet MALIBU** / VIN: 1G1ZB5E18BF337514 | unknown | **$3,650.00** |

Debtor  **DP Auto Sales, Ltd**
Name

Case number *(if known)* **24-51135**

| | | |
|---|---|---|
| 47.132 **2009 Volkswagen JETTA /** VIN: 3VWJM71K29M165251 | unknown | $1,650.00 |
| 47.133 **2014 Jeep COMPASS /** VIN: 1C4NJCEA8ED681613 | unknown | $7,350.00 |
| 47.134 **2015 Kia OPTIMA /** VIN: KNAGM4A76F5528186 | unknown | $6,525.00 |
| 47.135 **2018 Hyundai SONATA /** VIN: 5NPE34AF2JH614060 | unknown | $12,500.00 |
| 47.136 **2014 Dodge DART /** VIN: 1C3CDFBB8ED699661 | unknown | $4,425.00 |
| 47.137 **2011 Ford EDGE /** VIN: 2FMDK3JC9BBB43970 | unknown | $3,875.00 |
| 47.138 **2013 Chrysler 200 /** VIN: 1C3CCBBB2DN588608 | unknown | $4,725.00 |
| 47.139 **2016 Jeep PATRIOT /** VIN: 1C4NJPBB3GD569938 | unknown | $5,525.00 |
| 47.139 **2012 Chrysler 300 /** VIN: 2C3CCAAG8CH142574 | unknown | $4,750.00 |
| 47.140 **2014 Kia OPTIMA /** VIN: 5XXGM4A73EG305178 | unknown | $6,875.00 |
| 47.141 **2010 Ford ESCAPE /** VIN: 1FMCU0DG2AKB64554 | unknown | $4,250.00 |
| 47.142 **2013 Chevrolet CRUZE /** VIN: 1G1PA5SG9D7302878 | unknown | $4,250.00 |
| 47.142 **2015 Ford FOCUS /** VIN: 1FADP3F24FL356973 | unknown | $5,550.00 |
| 47.143 **2018 Dodge JOURNEY /** VIN: 3C4PDCAB6JT474267 | unknown | $8,450.00 |
| 47.144 **2015 Kia SORENTO /** VIN: 5XYKT3A65FG620219 | unknown | $6,125.00 |
| 47.145 **2016 Chevrolet CRUZE LIMITE /** VIN: 1G1PC5SH3G7167405 | unknown | $5,200.00 |
| 47.146 **2012 Nissan ALTIMA /** VIN: 1N4AL2AP2CC210448 | unknown | $3,475.00 |
| 47.147 **2013 Hyundai ELANTRA /** VIN: KMHDH4AE3DU847634 | unknown | $5,825.00 |
| 47.148 **2018 Buick ENCORE /** VIN: KL4CJCSB7JB525552 | unknown | $11,000.00 |
| 47.150 **2014 Jeep PATRIOT /** VIN: 1C4NJPBB0ED618638 | unknown | $4,175.00 |
| 47.151 **2011 Mazda CX-7 /** VIN: JM3ER2A51B0379781 | unknown | $4,650.00 |
| 47.152 **2012 Ford FUSION /** VIN: 3FAHP0HA0CR217991 | unknown | $4,975.00 |
| 47.152 **2013 Chevrolet SONIC /** VIN: 1G1JC5SH3D4132379 | unknown | $3,425.00 |
| 47.153 **2013 Chrysler 200 /** VIN: 1C3CCBBB9DN631938 | unknown | $3,925.00 |
| 47.154 **2014 Dodge AVENGER /** VIN: 1C3CDZAB7EN148943 | unknown | $2,775.00 |
| 47.155 **2015 Kia SOUL /** VIN: KNDJX3A55F7769220 | unknown | $9,450.00 |
| 47.156 **2011 Chevrolet EQUINOX /** VIN: 2CNALDEC0B6221075 | unknown | $2,900.00 |
| 47.157 **2014 Ford FUSION /** VIN: 1FA6P0H71E5378528 | unknown | $7,125.00 |
| 47.158 **2013 Hyundai ACCENT /** VIN: KMHCT4AE9DU332213 | unknown | $4,050.00 |
| 47.160 **2013 Hyundai ELANTRA /** VIN: 5NPDH4AE9DH448404 | unknown | unknown |

| 47.16 | **2015 Dodge JOURNEY (** VIN: 3C4PDCBG15T746696 | | unknown | | | **$4,200.00** |

| Debtor | DP Auto Sales, Ltd | Case number *(if known)* 24-51135 |
|---|---|---|
| | Name | |

| 47.162 | **2012 Chevrolet MALIBU** / VIN: 1G1ZB5E04CF150002 | unknown | $4,575.00 |
|---|---|---|---|
| 47.163 | **2013 Dodge DART** / VIN: 1C3CDFBA2DD289377 | unknown | $4,450.00 |
| 47.164 | **2013 Hyundai ACCENT** / VIN: KMHCT4AE3DU476694 | unknown | $3,925.00 |
| 47.165 | **2016 Kia SOUL** / VIN: KNDJP3A54G7275612 | unknown | $10,650.00 |
| 47.166 | **2011 Ford FUSION** / VIN: 3FAHP0HAXBR160682 | unknown | $3,850.00 |
| 47.167 | **2011 Nissan ALTIMA** / VIN: 1N4AL2AP1BN418422 | unknown | $2,600.00 |
| 47.168 | **2017 Hyundai TUCSON** / VIN: KM8J33A49HU289135 | unknown | $13,250.00 |
| 47.169 | **2012 Chrysler 200** / VIN: 1C3CCBBB7CN199946 | unknown | $4,825.00 |
| 47.170 | **2012 Mazda 3** / VIN: JM1BL1V76C1549082 | unknown | $3,900.00 |
| 47.171 | **2015 Chevrolet MALIBU** / VIN: 1G11B5SL4FF100944 | unknown | $9,150.00 |
| 47.172 | **2012 Chevrolet CRUZE** / VIN: 1G1PF5SC1C7135364 | unknown | $3,600.00 |
| 47.173 | **2012 Chevrolet EQUINOX** / VIN: 2GNALPEK8C1294553 | unknown | $4,750.00 |
| 47.174 | **2013 Chevrolet EQUINOX** / VIN: 2GNALDEK9D6154773 | unknown | $5,100.00 |
| 47.175 | **2010 Mazda 3** / VIN: JM1BL1SF6A1160094 | unknown | $3,275.00 |
| 47.176 | **2013 Chrysler 200** / VIN: 1C3CCBCG5DN522676 | unknown | $4,250.00 |
| 47.177 | **2014 Dodge AVENGER** / VIN: 1C3CDZAB7EN234351 | unknown | $3,075.00 |
| 47.178 | **2015 Dodge JOURNEY** / VIN: 3C4PDCBG7FT577246 | unknown | $3,875.00 |
| 47.179 | **2016 Chevrolet CRUZE LIMITE** / VIN: 1G1PC5SH6G7212353 | unknown | $4,650.00 |
| 47.180 | **2013 Ford ESCAPE** / VIN: 1FMCU0F75DUA39859 | unknown | $3,400.00 |
| 47.181 | **2009 Dodge AVENGER** / VIN: 1B3LC56D69N539509 | unknown | $2,400.00 |
| 47.182 | **2015 Ford FOCUS** / VIN: 1FADP3K20FL374652 | unknown | $4,275.00 |
| 47.183 | **2014 Kia SPORTAGE** / VIN: KNDPB3AC5E7596739 | unknown | $7,475.00 |
| 47.184 | **2013 Dodge AVENGER** / VIN: 1C3CDZAB5DN650798 | unknown | $3,275.00 |
| 47.185 | **2011 Volkswagen ROUTAN** / VIN: 2V4RW3DG1BR670346 | unknown | $2,525.00 |
| 47.186 | **2012 Nissan ROGUE** / VIN: JN8AS5MT0CW281805 | unknown | $4,050.00 |
| 47.187 | **2015 Dodge DART** / VIN: 1C3CDFBB8FD405841 | unknown | $5,475.00 |
| 47.188 | **2012 Chrysler 200** / VIN: 1C3CCBBB7CN199820 | unknown | $3,350.00 |
| 47.189 | **2013 Dodge JOURNEY** / VIN: 3C4PDCAB3DT565341 | unknown | $5,600.00 |
| 47.190 | **2008 Buick LUCERNE** / VIN: 1G4HD57228U189391 | unknown | $4,625.00 |
| 47.191 | **2011 Mazda CX-7** / VIN: JM3ER2B55B0370175 | unknown | $5,200.00 |

47.18 **2013 Ford ESCAPE /** VIN: 1FMCU0D79CKA14295 unknown unknown

Debtor   **DP Auto Sales, Ltd**
Name

Case number *(if known)* **24-51135**

| | | |
|---|---|---|
| 47.192 **2009 Volkswagen TIGUAN / VIN: WVGAV75N59W524950** | unknown | unknown |
| 47.193 **2013 Dodge DART / VIN: 1C3CDFCA5DD131503** | unknown | unknown |
| 47.194 **2014 Jeep PATRIOT / VIN: 1C4NJPBAXED505058** | unknown | unknown |
| 47.195 **2012 Ford FUSION / VIN: 3FAHP0HAXCR230957** | unknown | unknown |
| 47.196 **2007 Hyundai SANTA FE / VIN: 5NMSH13E17H016961** | unknown | unknown |
| 47.197 **2012 Ford FUSION / VIN: 3FAHP0KC7CR415929** | unknown | $4,950.00 |
| 47.198 **2014 Chrysler 200 / VIN: 1C3CCBAB7EN238054** | unknown | unknown |
| 47.200 **2013 Chevrolet CRUZE / VIN: 1G1PC5SB3D7226587** | unknown | unknown |
| 47.201 **2013 Mazda 3 / VIN: JM1BL1W79D1757652** | unknown | unknown |
| 47.202 **2010 Acura FUSION / VIN: 3FAHP0JG9AR149122** | unknown | unknown |
| 47.203 **2009 Volkswagen JETTA / VIN: 3VWRM71K79M149856** | unknown | unknown |
| 47.204 **2012 Volkswagen CC / VIN: wvwhn7an2ce510252** | unknown | unknown |
| 47.205 **2016 Jeep PATRIOT / VIN: 1C4NJPBA7GD698207** | unknown | $4,750.00 |
| 47.206 **2010 Honda CIVIC / VIN: 2hgfg1b62ah515867** | unknown | unknown |
| 47.207 **2014 Chevrolet IMPALA LIMIT / VIN: 2G1WC5E31E1173404** | unknown | $8,850.00 |
| 47.208 **2016 Ford Edge / Company Vehicle 1** | unknown | $7,500.00 |
| 47.209 **Mercedes-Benz / Company Vehicle 2** | unknown | $29,000.00 |
| 47.210 **2022 Nissan Leaf / VIN: 1N4BZ1BV5NC550920 Company Vehicle 3** | unknown | $20,000.00 |
| 47.211 **2015 Ford Edge / VIN: 2FMTK3G88FBC26245 Company Vehicle 4** | unknown | $5,000.00 |
| 47.212 **2012 Hyundai Equus / VIN: KMHGH4JH6CU052602 Company Vehicle 5** | unknown | $12,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____

48.2 _____

49.  **Aircraft and accessories**

49.1 _____

49.2 _____

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| Debtor | DP Auto Sales, Ltd | Case number *(if known)* 24-51135 |
|---|---|---|
| | Name | |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$892,175.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **50 BOBCAT PASS - 77.794 Acres** / 50 Bobcat Trl Santa Fe, NM 87505 | Fee Simple | unknown | Bank Appraisal | $800,000.00 |
| 55.2 **110 BOBCAT PASS - 16.692 Acres** / 110 BOBCAT PASS Santa Fe, NM 87505 | Fee Simple | unknown | | unknown |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$800,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |

Debtor    **DP Auto Sales, Ltd**
_____
Name

Case number *(if known)* **24-51135**
_____

| 61. | Internet domain names and websites | | | |
|---|---|---|---|---|
| 62. | Licenses, franchises, and royalties | | | |
| | 3 franchise stores | unknown | | unknown |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ –  _____  = ➔   _____
Total face amount         doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

Debtor   **DP Auto Sales, Ltd** _____   Case number *(if known)* __24-51135__

Name

| | Tax year _____ | |
| | Tax year _____ | |

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **Nature of claim**

     **Amount requested**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **Nature of claim**

     **Amount requested**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor  **DP Auto Sales, Ltd**
_____
Name

Case number *(if known)* 24-51135
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $8,491.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $760,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $822,350.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $139,720.66 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $892,175.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................➜ | | $800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $2,622,737.37 | + 91b. $800,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................ | | $3,422,737.37 |

Date Aquired | Value

| Signs | |
|---|---|
| **Southwest Military TX109 001** | |
| 4/1/2019 BYRIDER BANNERS | $0.00 |
| 5/21/2019 BYRIDER WINDOW DECALS | $0.00 |
| 4/2/2020 NEW SIGNAGE PERMITS | $68.68 |
| 5/1/2020 NEW SIGNAGE DEPOSIT | $3,990.64 |
| 7/1/2020 NEW SIGNAGE | $297.79 |
| 9/1/2020 NEW SIGNAGE | $79.44 |
| 5/6/2021 NEW BYRIDER BANNERS | $893.38 |
| | $5,329.93 |
| **Weidner Road & I35 TX115 002** | |
| 4/1/2019 BYRIDER BANNERS | $0.00 |
| 5/21/2019 BYRIDER WINDOW DECALS | $0.00 |
| 4/2/2020 NEW SIGNAGE PERMITS | $37.10 |
| 5/1/2020 NEW SIGNAGE DEPOSIT | $3,149.94 |
| 7/1/2020 NEW SIGNAGE | $1,397.61 |
| 8/1/2020 NEW SIGNAGE | $108.70 |
| 5/6/2021 NEW BYRIDER BANNERS | $1,073.52 |
| | $5,766.87 |
| **Bandera Road TX116 003** | |
| 4/1/2019 BYRIDER BANNERS | $0.00 |
| 5/21/2019 BYRIDER WINDOW DECALS | $0.00 |
| 7/1/2020 NEW SIGNAGE | $7,394.84 |
| 11/1/2020 ADDITIONAL ON SIGNAGE | $280.72 |
| 4/30/2021 PENNANTS | $1,041.16 |
| | $8,716.72 |
| **Lubbock TX131  005** | |
| 2/5/2022 Sign (Lubbock) | $39,108.65 |
| | $39,108.65 |
| | |
| **Signs Total** | **$58,922.17** |

| Furniture, Fixtures and Equipment | |
|---|---|
| **Southwest Military TX109 001** | |
| 5/16/2018 VOICE SWITCH | $0.00 |
| 12/31/2017 URBAN AIR HEATING & A/C | $0.00 |
| 8/10/2020 FONALITY PHONES | $154.71 |
| 11/23/2020 VIVINT EQUIPMENT | $158.91 |
| 5/13/2021 2 VERKADA CAMERAS | $938.64 |
| 5/18/2021 USED DESK | $73.50 |
| 8/31/2021 Vivent Security Cameras (Install) | $816.73 |
| 5/31/2022 Refrigerator (Best Buy) | $477.34 |

| | | |
|---|---|---|
| 4/26/2022 | Surveillance Camera's - Inservice in May | $6,479.74 |
| | | **$9,099.57** |

| Weidner Road & I35 TX115 002 | | |
|---|---|---|
| 5/8/2018 | PHONE MIGRATION | $1,258.92 |
| 9/21/2020 | DESK | $101.69 |
| 9/28/2020 | VIVINT EQUIPMENT | $421.16 |
| 1/19/2021 | CAMERAS - ARDORS NETWORK LLC | $1,641.82 |
| 4/18/2021 | CAMERA INSTALLATION | $1,151.94 |
| 12/28/2023 | Refrigerator (White) engergy Star | $550.31 |
| | | $5,125.84 |

| Bandera Road TX116 003 | | |
|---|---|---|
| 8/10/2020 | FONALITY PHONES | $31.15 |
| 9/15/2020 | SECURITY CAMERAS | $550.10 |
| 12/1/2021 | SECURITY CAMERAS | $187.83 |
| 4/12/2021 | BREAKROOM TABLE | $151.42 |
| | | $920.50 |

| Lubbock TX131  005 | | |
|---|---|---|
| 5/31/2022 | Desks (Desks Galore) | $404.13 |
| 6/7/2022 | Security Camera | $9,957.79 |
| 7/1/2022 | Heavy Duty Work Table | $876.72 |
| 11/1/2022 | Security Cameras | $1,375.46 |
| 10/31/2022 | Security Eqiupment | $4,307.41 |
| 2/19/2023 | Security Eqiupment | $1,355.22 |
| | | $18,276.73 |

| | | |
|---|---|---|
| | **Total of Furniture, Fixtures, Equipment** | **$33,422.64** |

| **COMPUTERS** | | |
|---|---|---|
| Southwest Military  TX109  001 | | |
| 1/20/2020 | COMPUTER UPGRADES | $96.00 |
| 3/31/2020 | NEW SWITCH | $240.23 |
| 3/1/2021 | COMPUTERS | $980.78 |
| 6/30/2022 | COMPUTERS | $555.98 |
| 4/1/2023 | Computer (Mini PC)- Alex Garza | $1,017.31 |
| 10/26/2023 | Computer - Patricia Snyder | $1,177.13 |
| | | $4,067.43 |

| Weidner Road & I35 TX115 002 | | |
|---|---|---|
| 1/20/2020 | COMPUTER UPGRADES | $143.46 |
| 3/31/2020 | NEW SWITCH | $118.18 |
| | | $261.64 |

| Bandera Road TX116 003 | | |
|---|---|---|
| 1/29/2020 | COMPUTER UPGRADES | $131.95 |

| | | |
|---|---|---|
| 4/27/2021 | ADDL SECURECLOSE COMPUTER | $446.25 |
| 3/1/2022 | Wireless Access points | $729.08 |
| | | $1,307.28 |

| | | |
|---|---|---|
| | **Lubbock TX131  005** | |
| 4/1/2023 | Computer&Monitor (PC3000&27"Monitor) - Jonah | $1,533.04 |
| 10/26/2023 | Network Switch - Ubiguiti UniFi Pro PoE 24 Port | $1,140.60 |
| | | $2,673.64 |

| | | |
|---|---|---|
| | **Headquarters** | |
| 5/1/2018 | CONTROLLER'S LAPTOP | $0.00 |
| 8/1/2018 | SERVER TO RECORD CALLS | $0.00 |
| 1/20/2020 | COMPUTER UPGRADES | $30.76 |
| 10/1/2023 | Computer - Bianca | $1,000.95 |
| 11/27/2023 | Computer - Yvette | $1,080.71 |
| | | $2,112.42 |

| | | |
|---|---|---|
| | **Total Computers** | **$10,422.41** |

| | | |
|---|---|---|
| | **Shop Supplies** | |
| | **Southwest Military TX109  001** | |
| 10/20/2020 | (2) LIFTS | $1,009.98 |
| 11/5/2020 | INSTALLATION ON (2) LIFTS | $241.94 |
| 3/28/2022 | AC Commpressor | $1,052.45 |
| 3/29/2022 | Autel Scanner | $1,408.21 |
| | | $3,712.58 |

| | | |
|---|---|---|
| | **Weidner Road & I35 TX115 002** | |
| 12/31/2017 | Transfer from Austin Less Sale | $2,537.07 |
| | | $2,537.07 |

| | | |
|---|---|---|
| | **Bandera Road TX116 003** | |
| 2/2/2022 | Tire Machine | $1,729.05 |
| 12/3/2021 | 3 Lifts - Bandera Location (Inservice 2/2022) | $6,306.80 |
| 3/30/2022 | Autel Scanner | $1,408.21 |
| | | $9,444.06 |

| | | |
|---|---|---|
| | **Lubbock TX131  005** | |
| 7/1/2022 | Used Oil Roll Arounds | $335.43 |
| 7/1/2022 | Wheel Cabinets / Wheel Weights / Wheel Balancer | $7,864.49 |
| 7/1/2022 | Engine Hoist | $340.86 |
| 7/1/2022 | Hydraulic Press / Floor Press Accessories Kit | $545.61 |
| 7/1/2022 | Spring Compressor for Struts | $595.24 |
| 7/1/2022 | Scanner | $2,164.89 |
| 7/1/2022 | Brake Lathe | $4,736.06 |
| 7/1/2022 | Transmission Lift | $633.21 |
| 7/1/2022 | Air Compressor | $1,623.89 |

| | | |
|---|---|---|
| 7/1/2022 A/C Machine | | $2,420.05 |
| | | $21,259.73 |
| | **Total Shop Supplies** | **$36,953.44** |

**TOTAL OF ALL EQUIPMENT, FIXTURES, COMPUTERS AND SUPPLIES**        **$139,720.66**

**Fill in this information to identify the case:**

Debtor name **DP Auto Sales, Ltd**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (if known): **24-51135**

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

**Bexar County Tax Collector**

**Describe debtor's property that is subject to a lien**

| | **unknown** | **unknown** |

**Creditor's mailing address**

**attn:Don Stecker**
**Linebarger Googan**

**112 E Pecan St Ste 2200**

**San Antonio, TX 78205-1588**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$740,000.00**

| Debtor | DP Auto Sales, Ltd | Case number (if known) | 24-51135 |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | Additional Page | | | Column A | Column B |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2** Creditor's name

**Lubbock County Assessor**

Creditor's mailing address

**Collector**

**916 Main St. Ste 102**

**Lubbock, TX 79401**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| unknown | unknown |
|---|---|

---

| Debtor | DP Auto Sales, Ltd | Case number (if known) 24-51135 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

**NEXTGEAR CAPITAL**

**Describe debtor's property that is subject to a lien**

$740,000.00          unknown

**Creditor's mailing address**

**11799 N College Ave**

**Carmel, IN 46032-5605**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | DP Auto Sales, Ltd | Case number (if known) | 24-51135 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Plains Capital Bank**

**Describe debtor's property that is subject to a lien**

unknown | unknown

**Creditor's mailing address**

**740 Ne Loop 410 # 100**

**San Antonio, TX 78209**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Guarantee

| Debtor | **DP Auto Sales, Ltd** | Case number (if known) | **24-51135** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>List Others to Be Notified for a Debt Already Listed in Part 1</td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CT Lien Solutions** <br> **2929 Allen Pkwy # 100** <br> **Houston, TX 77019-7100** | Line 2. **3** | __ __ __ __ |
| **CT Lien Solutions** <br> **2929 Allen Pkwy # 100** <br> **Houston, TX 77019-7100** | Line 2. **4** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

| Fill in this information to identify the case: |
| --- |
| Debtor name      **DP Auto Sales, Ltd** |
| United States Bankruptcy Court for the: |
| **Western District of Texas** |
| Case number (if known):      **24-51135** |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address

  **Internal Revenue Service**

  **Po Box 7346**

  **Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**
Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

  **Texas Comptroller of Public Account**

  **Attn: Bankruptcy**

  **Po Box 149359**

  **Austin, TX 78714-9359**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**
Priority amount: **unknown**

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | 24-51135 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**1800 Radiator**

**5005 West Ave Ste 1200**

**San Antonio, TX 78213-2711**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$33,306.36

**3.2**

Nonpriority creditor's name and mailing address

**1914 TRADING CO. LLC**

**2619 Ackerman Rd**

**San Antonio, TX 78219-2117**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,900.00

**3.3**

Nonpriority creditor's name and mailing address

**24 Seven Security**

**3403 73rd St # 2**

**Lubbock, TX 79423-1101**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$336.91

**3.4**

Nonpriority creditor's name and mailing address

**7ELEVEN SPEEDWAY - WEX BANK**

**Po Box 6293**

**Carol Stream, IL 60197-6293**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,919.41

| Debtor | **DP Auto Sales, Ltd** | | Case number *(if known)* | **24-51135** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**AAP FINANCIAL SERVICES**

**c/o ADVANCE AUTO PARTS**

**PO BOX 742063**

**Atlanta, GA 30374**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

> Remarks:
> ADVANCE AUTO PARTS TX116; ADVANCE AUTO PARTS TX109; Advanced Auto Parts TX115; Advance Auto Parts LUBBOCK

As of the petition filing date, the claim is:                $25,455.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**ACV AUCTIONS INC**

**640 Ellicott St Ste 108**

**Buffalo, NY 14203-1252**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                $2,495.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**ADESA - SAN ANTONIO**

**200 S Callaghan Rd**

**San Antonio, TX 78227-1547**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                $2,894.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**ADESA Birmingham**

**804 Sollie Dr**

**Moody, AL 35004-3016**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                $20.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | | Case number *(if known)* | **24-51135** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**ADESA-AUSTIN**

**COLLECTIONS DEPT.**

**2108 Ferguson Ln**

**Austin, TX 78754-4514**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$47.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**ADT Security Services LLC**

**ATTN Bankruptcy Processing**

**452 Sable Blvd G**

**Aurora, CO 80011-0812**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$59.08**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**AFC - AUTOMOTIVE FINANCE CO**

**200 S Callaghan Rd**

**San Antonio, TX 78227-1547**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$1,773.21**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**ALANIS WRECKER SERVICE**

**1035 Culebra Rd**

**San Antonio, TX 78201-6120**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$56,953.66**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**ALGAR, INC.**

**DBA GRADE A ALLSTATE AUTO PARTS**

**7301 Grade Ln**

**Louisville, KY 40219-3403**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$150.00**

---

**3.14** Nonpriority creditor's name and mailing address

**ALLDATA**

**9650 W Taron Dr # 100**

**Elk Grove, CA 95757-8197**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,028.73**

---

**3.15** Nonpriority creditor's name and mailing address

**Amazon Corporate Headquarters**

**410 Terry Ave N**

**Seattle, WA 98109-5210**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,553.08**

---

**3.16** Nonpriority creditor's name and mailing address

**American Express**

**P.O. Box 981537**

**El Paso, TX 79998**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$114,583.59**

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**AMERICAN LUBE SUPPLY**

**8165 Whisper Oak**

**San Antonio, TX 78266-4411**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,589.74

---

**3.18** Nonpriority creditor's name and mailing address

**AMERICAN MOTORS**

**5418 E Ih 10**

**San Antonio, TX 78219-4503**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$42,500.00

---

**3.19** Nonpriority creditor's name and mailing address

**AMERICAN RISK SERVICES**

**1130 Congress Ave**

**Cincinnati, OH 45246-4484**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,784.08

---

**3.20** Nonpriority creditor's name and mailing address

**American Tire Distributors, Inc.**

**12200 Herbert Wayne Ct Ste 150**

**Huntersville, NC 28078-6397**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$874.99

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$63,810.00**
| | *Check all that apply.* |
| **AMERICAS AUTO AUCTION** | ☐ Contingent |
| **16611 S Ih 35** | ☐ Unliquidated |
| **Buda, TX 78610-9639** | ☐ Disputed |
| | |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$200.00**
| | *Check all that apply.* |
| **AMERICA'S HOUSTON** | ☐ Contingent |
| **1826 Almeda Genoa Rd** | ☐ Unliquidated |
| **Houston, TX 77047-4420** | ☐ Disputed |
| | |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$112.38**
| | *Check all that apply.* |
| **ANCIRA KIA IH10** | ☐ Contingent |
| **10807 W Interstate 10** | ☐ Unliquidated |
| **San Antonio, TX 78230-1301** | ☐ Disputed |
| | |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,097.21**
| | *Check all that apply.* |
| **ANCIRA VW KIA** | ☐ Contingent |
| **6125 Bandera Rd** | ☐ Unliquidated |
| **San Antonio, TX 78238-1643** | ☐ Disputed |
| | |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**ANCIRA WINTON CHEVROLET**

**Po Box 29719**

**San Antonio, TX 78229-0719**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$444.40

---

**3.26** Nonpriority creditor's name and mailing address

**APEX AUTOMOTIVE GROUP LLC**

**1950 E Greyhound Pass Ste 18 Pmb 221**

**Carmel, IN 46033**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,600.00

---

**3.27** Nonpriority creditor's name and mailing address

**ASSURED AUTO PARTS, INC**

**11715 State Highway 16 S**

**San Antonio, TX 78224-3027**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$32,813.00

---

**3.28** Nonpriority creditor's name and mailing address

**ATMOS ENERGY**

**Po Box 740353**

**Cincinnati, OH 45274-0353**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$154.97

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td>Additional Page</td></tr>
</table>

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $408,144.95 |
|---|---|---|---|

**Auto Zone**

**San Antonio Regional Office**

**8611 Perrin Beitel Rd**

**San Antonio, TX 78217-4818**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Remarks:**
Auto Zone Lubbock; AUTO ZONE #3 PN#660865; AUTO ZONE #2 PN#607886; AUTO ZONE #1 PN#439886

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,389.21 |
|---|---|---|---|

**BARCOM TECHNOLOGY SOLUTIONS**

**10443 Gulfdale St Ste 101**

**San Antonio, TX 78216-4117**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $903.42 |
|---|---|---|---|

**Bayeh Automotive, Inc**

**552 New Laredo Hwy**

**San Antonio, TX 78211-1967**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.00 |
|---|---|---|---|

**BAYEH'S AUTOMOTIVE**

**552 New Laredo Hwy**

**San Antonio, TX 78211-1967**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td colspan="3">Additional Page</td></tr>
</table>

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,270.53 |
|---|---|---|---|

**BIG O TIRE**

**ATTN Accounts Receivable**

**415 Military E**

**Benicia, CA 94510-2812**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

**Big Time Advertising & Marketing, LLC**

**732 Crown Industrial Ct Ste N**

**Chesterfield, MO 63005-1166**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,084.50 |
|---|---|---|---|

**BROTHERS AUTO PARTS**

**8403 New Laredo Hwy**

**San Antonio, TX 78211-5102**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __9__ __8__ __8__ __6__

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,900.00 |
|---|---|---|---|

**Bryan Esterline**

**dba JCT Automotive LLC**

**1965 Blue Stone Ln**

**Commerce Twp, MI 48390-4306**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.37** | Nonpriority creditor's name and mailing address

**BYRIDER FRANCHISING**

**12802 Hamilton Crossing Blvd**

**Carmel, IN 46032-5424**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:   $166,504.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

**Byrider San Antonio West**

**6226 Bandera Rd**

**San Antonio, TX 78238-1630**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: TX109

As of the petition filing date, the claim is:   $141.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

**C & C Mobile Carwash**

**6114 75th St**

**Lubbock, TX 79424-1939**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:   $660.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

**CALLIS PROFESSIONAL SERVICES LLC**

**DBA JAN-PRO OF SA**

**Po Box 781696**

**San Antonio, TX 78278**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:   $1,565.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

**3.41** Nonpriority creditor's name and mailing address

**CAR KEYS EXPRESS**

**Po Box Box 775714**

**Chicago, IL 60677-0001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$4,499.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

**CARCARE PROMOTIONS**

**4100 Spring Valley Rd Ste 154**

**Dallas, TX 75244-3757**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$2,380.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

**CARLISLE AUTO AIR**

**6411 San Pedro Ave**

**San Antonio, TX 78216-7212**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$511.35**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

**CAROFFER, LLC**

**2701 E Plano Pkwy Ste 100**

**Plano, TX 75074**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$4,843.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | | Case number *(if known)* | **24-51135** |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white;">Part 2:</div> Additional Page

---

**3.45** Nonpriority creditor's name and mailing address

CBIZ Inc. dba CBIZ MHM Indiana

dba CBIZ Somerset

Po Box Box 646001

Cincinnati, OH 45264-0001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$9,520.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

CD TIRE AND MUFFLER

7250 Bandera Rd

San Antonio, TX 78238-1137

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$860.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

CITY OF LUBBOCK ALARM PERMITS

Po Box Box 2000

Lubbock, TX 79457-0001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$50.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

CITY OF LUBBOCK UTILITIES

Po Box 10541

Lubbock, TX 79408-3541

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,042.45**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

**COALA ENTERPRISES LLC**

17803 Dansworth Dr

Pflugerville, TX 78660-5156

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,080.00**

---

**3.50** Nonpriority creditor's name and mailing address

**COMPLETE FOREIGN AUTO PARTS #2**

**DBA INTERNATIONAL T**

9809 New Laredo Hwy

San Antonio, TX 78211-5506

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$13,956.00**

---

**3.51** Nonpriority creditor's name and mailing address

**COMPLYAUTO PRIVACY LLC**

Po Box 737540

Dallas, TX 75373-7540

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,579.64**

---

**3.52** Nonpriority creditor's name and mailing address

**CORDOVA AUTO CENTER #4**

3425 Sw Military Dr

San Antonio, TX 78211

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,452.41**

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

**3.53** Nonpriority creditor's name and mailing address

**COX AUTOMOTIVE**

**6205 Peachtree Dunwoody Rd**

**Atlanta, GA 30328-4524**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$400.00**

---

**3.54** Nonpriority creditor's name and mailing address

**CPS Energy**

**Attn: Bankruptcy Section**

**145 Navarro St Stop 110910**

**San Antonio, TX 78205-2934**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,394.24**

---

**3.55** Nonpriority creditor's name and mailing address

**Crystal-Clean**

**ATTN Collections**

**2000 Center Dr Ste East**

**Hoffman Est, IL 60192-5005**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17,116.14**

---

**3.56** Nonpriority creditor's name and mailing address

**D&K DISTRIBUTING**

**5504 Bandera Rd Ste 410-411**

**San Antonio, TX 78238-1943**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$915.20**

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.38 |
|---|---|---|---|

**DaHill**

**c/o XEROX BUSINESS SOLUTIONS SOUTHWEST**

**Po Box 205354**

**Dallas, TX 75320-5354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |
|---|---|---|---|

**DAVID B SOLIZ**

**7415 Fairlawn Dr**

**San Antonio, TX 78223-3836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.92 |
|---|---|---|---|

**Document Shredding & Storage, LTD**

**Po Box 8468**

**Amarillo, TX 79114-8468**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.02 |
|---|---|---|---|

**DOMINGO VARA CHEVROLET**

**Po Box 240850**

**San Antonio, TX 78224-0850**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.61** | Nonpriority creditor's name and mailing address

**Donald R. Mitchell**

**1724 E Amherst St**

**Lubbock, TX 79403-4040**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$300.00**

---

**3.62** | Nonpriority creditor's name and mailing address

**DPR INVESTMENTS, LTD**

**511 W French Pl**

**San Antonio, TX 78212-3608**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$420,000.00**

---

**3.63** | Nonpriority creditor's name and mailing address

**DW LOGISTICS LLC**

**2915 Britton Dr**

**Dallas, TX 75216-4403**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$15,030.00**

---

**3.64** | Nonpriority creditor's name and mailing address

**eBay Inc.**

**2025 Hamilton Ave**

**San Jose, CA 95125-5904**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,351.90**

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

**3.65** Nonpriority creditor's name and mailing address

**Elan Financial Services**

1255 Corporate Dr # 6

Irving, TX 75038-2562

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,154.40

---

**3.66** Nonpriority creditor's name and mailing address

**EMBASSY COLLISION**

1423 Brady Blvd

San Antonio, TX 78237-4308

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$117,239.87

---

**3.67** Nonpriority creditor's name and mailing address

**EXPERIAN**

Po Box 841971

Los Angeles, CA 90084

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$8,161.32

---

**3.68** Nonpriority creditor's name and mailing address

**FIRST CALL AUTO PARTS**

PO Box BOX 790098

Saint Louis, MO 63179

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$479.31

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="2">Additional Page</td></tr>
</table>

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Flume Law Firm, LLP**

**Po Box 17746**

**San Antonio, TX 78217-0746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,225.00 |
|---|---|---|---|

**FONALITY, INC**

**5340 LEGACY DR SUITE 155**

**75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,914.81 |
|---|---|---|---|

**FORESIGHT SERVICES GROUP, INC.**

**ATTN: THOMAS**

**2250 Bush Dr**

**Mckinney, TX 75070-7556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113.50 |
|---|---|---|---|

**FP MAILING SOLUTIONS**

**Po Box 157**

**Bedford Park, IL 60499-0157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.73** Nonpriority creditor's name and mailing address

**Full Service Auto Parts Inc-XL Parts**

**4737 Broom St**

**San Antonio, TX 78217-3708**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$1,341.99**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

**Gallagher Promotional Products**

**655 Florida Central Pkwy**

**Longwood, FL 32750-6345**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$2,061.19**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

**Genuine Parts Co**

**Dba-Napa Auto Parts**

**6374 Rittiman Rd**

**San Antonio, TX 78218-4750**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$16,804.41**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

**GIANT IMPORTS**

**9592 New Laredo Hwy**

**San Antonio, TX 78211-5502**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$48,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.77** Nonpriority creditor's name and mailing address

**Go Powertrain LLC**

**6606 Rawley Pike**

**Hinton, VA 22831-2004**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$6,903.33**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

**HATIMI AUTO LLC**

**1645 Main St Ste D Pmb 34**

**Buda, TX 78610-5044**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$58,900.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

**HESSELBEIN TIRE CP**

**3003 Ne Loop 289**

**Lubbock, TX 79403-3928**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$5,205.38**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

**HOMENET AUTOMOTIVE**

**224 Valley Creek Blvd Ste 300**

**Exton, PA 19341-2300**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$4,690.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.81** Nonpriority creditor's name and mailing address

**IDENTIFIX**

**2714 Patton Rd**

**Saint Paul, MN 55113-1138**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$402.33

---

**3.82** Nonpriority creditor's name and mailing address

**INGRAM PARK CHRYSLER JEEP DODGE INC.**

**4114 Pond Hill Rd Ste 302**

**San Antonio, TX 78231-1273**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,621.28

---

**3.83** Nonpriority creditor's name and mailing address

**INGRAM PARK MAZDA**

**6980 Nw Loop 410**

**San Antonio, TX 78238-4110**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$412.36

---

**3.84** Nonpriority creditor's name and mailing address

**INGRAM PARK NISSAN**

**6990 Nw Loop 410**

**San Antonio, TX 78238-4110**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,938.39

---

| Debtor | **DP Auto Sales, Ltd** | | Case number *(if known)* | **24-51135** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,553.63
| **JACOBS EQUIPMENT DISTR COMPANY** | *Check all that apply.*
| | ☐ Contingent
| **6223 Us Highway 87 E Ste 1** | ☐ Unliquidated
| **San Antonio, TX 78222-1822** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,713.46
| **JAIME A MORENO** | *Check all that apply.*
| | ☐ Contingent
| **dba MORENO'S ELITE AUTOWORKS LLC** | ☐ Unliquidated
| **8901 Highway 87 Unit 125** | ☐ Disputed
| **Lubbock, TX 79423-7315** | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,400.00
| **JD BYRIDER ADVERTISING** | *Check all that apply.*
| | ☐ Contingent
| **12802 Hamilton Crossing Blvd** | ☐ Unliquidated
| **Carmel, IN 46032-5424** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,485.00
| **JESUS ALBERTO CELESTINO** | *Check all that apply.*
| | ☐ Contingent
| **DBA BLUE J PAINT & BODY** | ☐ Unliquidated
| **Po Box 681643** | ☐ Disputed
| **San Antonio, TX 78268-1643** | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | | Case number *(if known)* | **24-51135** |
|---|---|---|---|---|
| | Name | | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $544.25 |
|---|---|---|---|

**3.89** Nonpriority creditor's name and mailing address

Jiffy Lube International, Inc.

Po Box 4427

Houston, TX 77210-4427

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$544.25**

---

**3.90** Nonpriority creditor's name and mailing address

JIMMY MOORE

4409 75th Dr Apt B

Lubbock, TX 79424-2365

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$200.00**

---

**3.91** Nonpriority creditor's name and mailing address

JOHN GONZALEZ

DBA GET'EM OUT PEST CONTROL SERVICES

12500 La Bahia

San Antonio, TX 78233-6323

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,266.50**

---

**3.92** Nonpriority creditor's name and mailing address

JORDAN FORD

13010 N Ih 35

Live Oak, TX 78233-2614

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,029.97**

| Debtor | **DP Auto Sales, Ltd** | | Case number *(if known)* | **24-51135** |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2:  Additional Page

---

**3.93** | **Nonpriority creditor's name and mailing address**

**JOSE A ALONSO**

**DBA JMJ BUGGY SERVICE**

**908 N Zarzamora St**

**San Antonio, TX 78207-1407**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

---

**3.94** | **Nonpriority creditor's name and mailing address**

**K H Complete Advertising Co**

**8888 Fitness Ln**

**Fishers, IN 46037-8231**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$45,771.89

---

**3.95** | **Nonpriority creditor's name and mailing address**

**K&M TIRE**

**Po Box 279**

**Delphos, OH 45833-0279**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$211.00

---

**3.96** | **Nonpriority creditor's name and mailing address**

**KATZ, SAPPER & MILLER**

**Department 235**

**Po Box 7096**

**Indianapolis, IN 46207-7096**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,000.00

---

| Debtor | **DP Auto Sales, Ltd** | | Case number *(if known)* | **24-51135** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,677.50**

**KCWX-DT**

**1402 West Ave**

**Austin, TX 78701-1528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.25**

**KEYSTONE AUTOMOTIVE INDUSTRIES**

**17745 Lookout Rd Ste 100**

**Selma, TX 78154-2188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,665.02**

**KIMBALL MIDWEST**

**DEPARTMENT L-2780**

**4800 Roberts Rd**

**Columbus, OH 43228-9791**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$510.00**

**KOFAX, INC. (TUNGSTEN AUTOMATION)**

**15211 Laguna Canyon Rd**

**Irvine, CA 92618-3146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>Additional Page</td></tr>
</table>

| | | |
|---|---|---|
| **3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,916.65** |

**3.101**

**Nonpriority creditor's name and mailing address**

**KPA SERVICES, LLC**

**11080 Circle Point Rd Ste 200**

**Westminster, CO 80020-2778**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$6,916.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102**

**Nonpriority creditor's name and mailing address**

**KRISTINA NELSON**

**1811 Wood Grv**

**San Antonio, TX 78232-4962**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$100.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103**

**Nonpriority creditor's name and mailing address**

**KWIK KAR LUBE & TUNE**

**11715 Oconnor Rd**

**San Antonio, TX 78233-5318**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$504.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104**

**Nonpriority creditor's name and mailing address**

**LAWLER MOTOR SPORTS INC**

**631 106th St**

**Arlington, TX 76011-5328**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$7,700.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.105

**Nonpriority creditor's name and mailing address**

**LEXISNEXIS**

**28330 Network Pl**

**Chicago, IL 60673-1283**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,347.20

---

### 3.106

**Nonpriority creditor's name and mailing address**

**LIBERTY TIRE RECYCLING, LLC**

**600 River Ave Ste 3**

**Pittsburgh, PA 15212-5994**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$442.07

---

### 3.107

**Nonpriority creditor's name and mailing address**

**LKQ AUTO PARTS**

**Attn Collections**

**500 W Madison St Ste 2800**

**Chicago, IL 60661-2506**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,554.88

---

### 3.108

**Nonpriority creditor's name and mailing address**

**LONE STAR CHRYSLER DODGE JEEP**

**8811 Interstate Highway 35 S**

**San Antonio, TX 78211-5700**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6.00

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$463.27**
*Check all that apply.*

**LONE STAR FIRE & FIRST AID**

**449 CULEBRA**

**San Antonio, TX 78201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$51,020.00**
*Check all that apply.*

**Manheim (San Antonio)**

**6325 Peachtree Dunwoody Road NE**

**Atlanta, GA 30328**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,623.75**
*Check all that apply.*

**MARIO MARTINEZ**

**DBA STACKING DIMES WELDING LLC**

**515 Anchors Flt**

**San Antonio, TX 78245-2754**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,290.00**
*Check all that apply.*

**MARK E RICE**

**DBA M&S TRANSPORT**

**752 N Main St # 1418**

**Mansfield, TX 76063-3294**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.113** | Nonpriority creditor's name and mailing address

**MATT GILL**

6226 Bandera Rd

San Antonio, TX 78238-1630

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$8,892.39**

---

**3.114** | Nonpriority creditor's name and mailing address

**MCCOMBS FORD WEST**

Po Box Bh003

San Antonio, TX 78201-1268

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$234.39**

---

**3.115** | Nonpriority creditor's name and mailing address

**MERRY SANCHEZ**

1002 Sams Dr

San Antonio, TX 78221-3635

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,571.10**

---

**3.116** | Nonpriority creditor's name and mailing address

**METLIFE INSURANCE**

10579 Palatine

Palatine, IL 60055-0001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,925.73**

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00**

**MICHEAL R. GEE**

**DBA FLEET WINDSHIELD**

**Po Box 508**

**Brownfield, TX 79316-0508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,315.00**

**Mike Motors Auto Salvage**

**9545 New Laredo Hwy**

**San Antonio, TX 78211-5502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$238.16**

**Mr. Maid**

**3203 41st St**

**Lubbock, TX 79413-3102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,979.73**

**MR. TRANSMISSION**

**1560 Austin Hwy**

**San Antonio, TX 78218-6042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">**Part 2:**</span>  Additional Page

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$53.80**

**NORTH TEXAS TOLLWAY AUTHORIY**

**Po Box 260928**

**Plano, TX 75026-0928**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$583.29**

**Occupational Health Centers**

**of the Southwest, PA**

**Po Box 9005**

**Addison, TX 75001-9005**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$380.01**

**OMNISOURCE**

**Po Box 205477**

**Dallas, TX 75320-5477**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,575.00**

**Online Vehicle, Exchange, LLC**

**dba DealShield**

**3003 Summit Blvd Fl 200**

**Brookhaven, GA 30319-1469**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | DP Auto Sales, Ltd | Case number *(if known)* | 24-51135 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.125**

**Nonpriority creditor's name and mailing address**

O'Reilly Auto Parts - Corporate Office

233 S Patterson Ave

Springfield, MO 65802-2210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $4,538.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126**

**Nonpriority creditor's name and mailing address**

PARKER LLOYD LUTICH

DBA ALL AROUND TOWN LOCKSMITH

3215 Scarlet Ohara

San Antonio, TX 78223-4702

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,595.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.127**

**Nonpriority creditor's name and mailing address**

PK POSSIBILITIES LLC

DBA JOHNSON'S AUTO GLASS

Po Box 94182

Lubbock, TX 79493-4182

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $665.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.128**

**Nonpriority creditor's name and mailing address**

Pop-A-Lock

Po Box 131809

Spring, TX 77393-1809

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $795.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:** Additional Page</td></tr>
</table>

| **3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $191.93 |
|---|---|---|---|

**Printed Supplies Inc.**

**10530 Sentinel St**

**San Antonio, TX 78217-3822**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $168.32 |
|---|---|---|---|

**QUICK VIEW TECHNOLOGIES**

**DEPT #480**

**Po Box Box 1000**

**Memphis, TN 38148-0001**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,765.00 |
|---|---|---|---|

**RAMIREZ AUTO GLASS**

**2703 Commercial Ave**

**San Antonio, TX 78221-2002**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,160.03 |
|---|---|---|---|

**REDLINE TRANSMISSION**

**7632 Marbach Rd**

**San Antonio, TX 78227-1617**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.133** | Nonpriority creditor's name and mailing address

**RG AUTO SALES**

3716 Ocee St

Houston, TX 77063-5414

Date or dates debt was incurred _____

Last 4 digits of account number ___  ___  ___  ___

**As of the petition filing date, the claim is:**  $15,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address

**River City Auto Title**

9920 San Pedro Ave

San Antonio, TX 78216-4436

Date or dates debt was incurred _____

Last 4 digits of account number ___  ___  ___  ___

**As of the petition filing date, the claim is:**  $7,903.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address

**River City Auto Title**

9920 San Pedro Ave

San Antonio, TX 78216-4436

Date or dates debt was incurred _____

Last 4 digits of account number ___  ___  ___  ___

**As of the petition filing date, the claim is:**  $7,903.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address

**ROADRUNNER SERVICES LLC**

Po Box 849

Hendersonvlle, TN 37077-0849

Date or dates debt was incurred _____

Last 4 digits of account number ___  ___  ___  ___

**As of the petition filing date, the claim is:**  $472.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **DP Auto Sales, Ltd** | | Case number *(if known)* | **24-51135** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| **3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
|---|---|---|---|

**ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER**

**755 EAST MULBERRY, STE 200**

**San Antonio, TX 78212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,027.70 |
|---|---|---|---|

**S.A. KEY MAKERS CO.**

**DBA SURE-LOCK AND SAFE**

**8034 Culebra Rd Ste 512**

**San Antonio, TX 78251-1897**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $417.75 |
|---|---|---|---|

**Sam's Club Office**

**930 S Kimball Ave**

**Southlake, TX 76092-9021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,455.00 |
|---|---|---|---|

**SAN ANTONIO AUTO AUCTION**

**13510 Toepperwein Rd**

**Live Oak, TX 78233-4004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | DP Auto Sales, Ltd | Case number *(if known)* | 24-51135 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.141

**Nonpriority creditor's name and mailing address**

San Antonio Water Systems

Attn: Bankruptcy Dept

Po Box 2449

San Antonio, TX 78298-2449

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$835.81

---

### 3.142

**Nonpriority creditor's name and mailing address**

SAREKON LLC

610 Terminal Way

Costa Mesa, CA 92627-3616

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$62.00

---

### 3.143

**Nonpriority creditor's name and mailing address**

SECURED AUTO

103 Chattington Ct

San Antonio, TX 78213-2610

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$373.00

---

### 3.144

**Nonpriority creditor's name and mailing address**

SESA Collision LLC

11630 Old Corpus Christi Hwy

San Antonio, TX 78223-9358

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,090.26

---

| Debtor | **DP Auto Sales, Ltd** | | Case number *(if known)* | **24-51135** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00**
---|---|---|---

**Shell**

Po Box 9001015

Louisville, KY 40290-1015

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.146** **Nonpriority creditor's name and mailing address**   **$562.90**

**SIGNS AND PRINTING SA**

4223 Centergate St

San Antonio, TX 78217-4802

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.147** **Nonpriority creditor's name and mailing address**   **$11,820.96**

**SINCLAIR BROADCAST**

10706 Beaver Dam Rd

Cockeysville, MD 21030-2207

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.148** **Nonpriority creditor's name and mailing address**   **$158.94**

**SNYDER SALVAGE**

Po Box 32

Holland, TX 76534-0032

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.149** | **Nonpriority creditor's name and mailing address**

SOUTH PLAINS TOWING, LLC

Po Box 64368

Lubbock, TX 79464-4368

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$130.00

---

**3.150** | **Nonpriority creditor's name and mailing address**

SOUTHWAY FORD

7979 S Ih 35

San Antonio, TX 78224-1334

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$220.00

---

**3.151** | **Nonpriority creditor's name and mailing address**

Southwest Fire Protection

Po Box 701490

San Antonio, TX 78270-1490

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$243.56

---

**3.152** | **Nonpriority creditor's name and mailing address**

SPIREON INC

18881 Von Karman Ave Ste 1500

Irvine, CA 92612-1582

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$73,555.09

---

| Debtor | DP Auto Sales, Ltd | Case number *(if known)* | 24-51135 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.153** | Nonpriority creditor's name and mailing address

STEPHEN LEE BATES

631 106th St

Arlington, TX 76011-5328

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,500.00

---

**3.154** | Nonpriority creditor's name and mailing address

STEVE HARRISON

3521 57th St

Lubbock, TX 79413-4720

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$186.73

---

**3.155** | Nonpriority creditor's name and mailing address

SURGO CONSTRUCTION SERVICES

dba SURGO AUTOMOTIVE

6446 San Pedro Ave

San Antonio, TX 78216-7211

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$22,239.31

---

**3.156** | Nonpriority creditor's name and mailing address

T7 ENTERPRISES

dba RELIABLE TIRE DISPOSAL

3345 E State Highway 29

Burnet, TX 78611-4782

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$329.29

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.157** | **Nonpriority creditor's name and mailing address**

TAKE 5

440 S Church St Ste 700

Charlotte, NC 28202-2059

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $21.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

Tarco Industries, Inc

1891 Goodyear Ave Ste 603

Ventura, CA 93003-8003

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $260.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

TEXAS AUTO CARRIERS

5765 Bicentennial St

San Antonio, TX 78219-3005

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $3,205.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

TEXAS BALLOON DISTRIBUTOR

12004 Colwick St

San Antonio, TX 78216-2719

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $567.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.161** Nonpriority creditor's name and mailing address

**TEXAS FILTER SERVICE INC**

10276 Robinson Dr

Tyler, TX 75703-3417

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$562.00

---

**3.162** Nonpriority creditor's name and mailing address

**TEXAS MUTUAL INSURANCE CO**

2200 Aldrich St

Austin, TX 78723-3474

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,576.39

---

**3.163** Nonpriority creditor's name and mailing address

**TEXAS TOWING**

422 Steves Ave

San Antonio, TX 78204-2344

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$102.00

---

**3.164** Nonpriority creditor's name and mailing address

**THOMAS HOLSTEIN**

DBA LONE STAR AUTO LOCKSMITH

8007 Copper Trail

San Antonio, TX 78244

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,995.00

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|--------|------------------------|--------------------------|--------------|
| | Name | | |

---

**Part 2:** Additional Page

**3.165** Nonpriority creditor's name and mailing address

**Thurbert Ray Stout**

**dba N. University Muffler & Radiator**

**3618 34th St**

**Lubbock, TX 79410-2834**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,150.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address

**TIREHUB LLC**

**1 Ravinia Dr Ste 1300**

**Atlanta, GA 30346-2128**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$8,842.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.167** Nonpriority creditor's name and mailing address

**Trustmark Voluntary Benefit Sol., Inc.**

**75 Remittance Dr Dept 1791**

**Chicago, IL 60675-1791**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,108.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.168** Nonpriority creditor's name and mailing address

**Uber Technologies, Inc.**

**1725 3rd St**

**San Francisco, CA 94158-2203**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$1.23**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.169** | **Nonpriority creditor's name and mailing address**
**ULTRA FLEET SERVICE**

943 Lee Trevino

San Antonio, TX 78221-3237

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $118,568.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**
**UniFirst Uniform Services - San Antonio**

3047 E Commerce St

San Antonio, TX 78220-1036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $4,313.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**
**UNITEDHEALTHCARE INSURANCE COMAPNY**

Po Box 94017

Palatine, IL 60094-4017

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $6,121.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address**
**UNITEDHEALTHCARE LIFE INSURANCE**

Po Box Box 860511

Minneapolis, MN 55486-0001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,955.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **DP Auto Sales, Ltd** | | Case number *(if known)* | **24-51135** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

### 3.173

**Nonpriority creditor's name and mailing address**

**Unum**

**6 Concourse Pkwy Ste 2700**

**Atlanta, GA 30328-6186**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,921.02
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.174

**Nonpriority creditor's name and mailing address**

**UP AND GONE RECOVERY**

**216 S Skyline Ct**

**Cresson, TX 76035-5807**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,040.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.175

**Nonpriority creditor's name and mailing address**

**Velda Folkner**

**dba Drivers Edge Car Audio**

**227 Ave Q**

**Lubbock, TX 79415**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,240.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.176

**Nonpriority creditor's name and mailing address**

**Waste Connections**

**dba CAPROCK WASTE**

**P.O. BOX 2803**

**Lubbock, TX 79408**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $84.74
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | DP Auto Sales, Ltd | Case number *(if known)* | 24-51135 |
| --- | --- | --- | --- |
| | Name | | |

---

### Part 2: Additional Page

**3.177** | **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT

800 Capitol St Ste 3000

Houston, TX 77002-2945

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $1,567.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**

WEST LOOP MITSUBISHI

7007 Nw Loop 410

San Antonio, TX 78238-4115

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $2,807.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**

WILLIAM ROSS JONES

15002 Spring Star St

San Antonio, TX 78247-1630

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $70.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**

WORLD CAR HYUNDAI KIA

12115 N Ih 35

San Antonio, TX 78233-4209

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $201.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| **3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$63,380.14** |
|---|---|---|---|

*Check all that apply.*

**XL Parts LLC**

☐ Contingent

**2527 Willowbrook Rd.**

☐ Unliquidated

**Dallas, TX 75220**

☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account number** ___ ___ ___ ___

☐ Yes

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **CT Lien Solutions**<br>**2929 Allen Pkwy # 100**<br>**Houston, TX 77019-7100** | Line **3.110**<br>☐ Not listed. Explain ⎯⎯⎯⎯⎯⎯ | ⎯ ⎯ ⎯ ⎯ |

| Debtor | **DP Auto Sales, Ltd** | Case number *(if known)* | **24-51135** |
|---|---|---|---|
| | Name | | |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,651,228.13** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,651,228.13** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DP Auto Sales, Ltd** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | **24-51135** Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 3232 SW Military Dr<br><br>Contract to be REJECTED | Charles Robert Pride<br><br>28081 Timberline Dr<br><br>San Antonio, TX 78260-1607 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 3216 SW Military Dr<br><br>Contract to be ASSUMED | DP Real Estate LP<br><br>511 W French Pl<br><br>San Antonio, TX 78212-3608 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 6226 Bandera Rd<br><br>Contract to be ASSUMED | DP Real Estate LP<br><br>511 W French Pl<br><br>San Antonio, TX 78212-3608 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 1211 19th St. Lubbock, TX<br><br>Contract to be ASSUMED | DP Real Estate LP<br><br>511 W French Pl<br><br>San Antonio, TX 78212-3608 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **DP Auto Sales, Ltd**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known): **24-51135**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **DPac Investments, Ltd.** | **511 W French Pl**<br>Street | **NEXTGEAR CAPITAL** | ☑ D<br>☐ E/F<br>☐ G |
| | | **San Antonio, TX 78212-3608**<br>City          State          ZIP Code | **Plains Capital Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | **James Day** | **511 W French Pl**<br>Street | **NEXTGEAR CAPITAL** | ☑ D<br>☐ E/F<br>☐ G |
| | | **San Antonio, TX 78212-3608**<br>City          State          ZIP Code | **Plains Capital Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **DP Auto Sales, Ltd** | | Case number (if known) | **24-51135** |
|--------|------------------------|--|------------------------|--------------|
| | Name | | | |

| Additional Page if Debtor Has More Codebtors |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

**Fill in this information to identify the case:**

Debtor name _____**DP Auto Sales, Ltd**_____

United States Bankruptcy Court for the:

_____**Western District of Texas**_____

Case number (if known): _____**24-51135**_____ Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*................................................................................................

    | $800,000.00 |

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*...........................................................................................

    | $2,622,737.37 |

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*.............................................................................................

    | $3,422,737.37 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $740,000.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

    | $0.00 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

    | + $2,651,228.13 |

4. **Total liabilities**..........................................................................................................................

    Lines 2 + 3a + 3b

    | $3,391,228.13 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DP Auto Sales, Ltd** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | **24-51135** |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$11,598,522.00** |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$32,090,064.00** |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$32,136,478.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor 24-51135-cag Doc#45 Filed 07/18/24 Entered 07/18/24 18:31:10 Main Document Pg 88 of
DP Auto Sales, Ltd                                                        102                          24-51135

Name                                                                          Case number (if known)

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached B**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | | **$739,428.17** | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>☑ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **DP Real Estate LP**<br>Creditor's name<br>**511 W French Pl**<br>Street<br><br>**San Antonio, TX 78212-3608**<br>City          State     ZIP Code<br>**Relationship to debtor**<br>**Insider** | **6/3/2024**<br>**5/1/2024**<br>**4/1/2024**<br>**3/1/2024**<br>**2/1/2024**<br>**1/2/2024**<br>**12/1/2023**<br>**11/20/2023**<br>**10/24/2023**<br>**9/15/2023**<br>**8/15/2023**<br>**7/3/2023** | **$785,000.00** | **Rent** |

| 4.2. | **DPR INVESTMENTS, LTD** | **5/13/2024** | **$560,000.00** | **Overhead** |
|---|---|---|---|---|
| | Creditor's name | | | |
| | **511 W French Pl** | **4/22/2024** | | |
| | Street | | | |
| | | **3/28/2024** | | |
| | **San Antonio, TX 78212-3608** | **2/23/2024** | | |
| | City          State     ZIP Code | | | |
| | | **1/19/2024** | | |
| | **Relationship to debtor** | | | |
| | **Insider** | **12/28/2023** | | |
| | | **12/26/2023** | | |
| | | **11/28/2023** | | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **NEXTGEAR CAPITAL** | **Attachment C** | **6/7/2024** | **$350,000.00** |
| Creditor's name | | | |
| **11799 N College Ave** | | | |
| Street | | | |
| | | | |
| **Carmel, IN 46032-5605** | | | |
| City          State     ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 3:**  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor  **DP Auto Sales, Ltd**
_____
Name

Case number *(if known)*  **24-51135**

| | | | |
|---|---|---|---|
| **7.1.** | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

**Nextgear Captial, Inc. v. DP Auto Sales, Ltd. d/b/a JD Byrider, Jennifer Demoss Day, James Milton Day, and DPAC Acceptance, Ltd.**

**Breach of Contract**

**Superior Court No. 1**
_____
Name

**1 Hamilton County Sq Ste 345**
_____
Street

**Judge Michael A. Casati**
_____

**Noblesville, IN 46060-2232**
_____
City                    State      ZIP Code

☑ Pending
☐ On appeal
☐ Concluded

**Case number**

**29D01-2406-PS-006238**
_____

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|

Custodian's name
_____

Street
_____

_____
City          State    ZIP Code

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**

Name
_____

Street
_____

_____
City          State    ZIP Code

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

_____
City          State    ZIP Code

**Recipient's relationship to debtor**
_____

---

**Part 5:**  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

page 4

Debtor 24-51135-cag Doc#45 Filed 07/18/24 Entered 07/18/24 18:31:10 Main Document Pg 91 of
102
DP Auto Sales, Ltd                                                                 Case number (if known)     24-51135
          Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Smeberg Law Firm** | **Attorney's Fee** | **05/09/2024** | **$25,000.00** |
| | **Attorney's Fee** | **6/1/2024** | **$18,744.00** |
| **Address** | | | |
| **4 Imperial Oaks** | | | |
| Street | | | |
| **San Antonio, TX 78248-1609** | | | |
| City                 State     ZIP Code | | | |
| **Email or website address** | | | |
| **www.smeberg.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| **DPR Investments, Ltd.** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| **Trustee** | | | |
| _____ | | | |

Debtor **DP Auto Sales, Ltd**        Case number *(if known)* **24-51135**
     Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City        State    ZIP Code

**Relationship to debtor**

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |

Street

City        State    ZIP Code

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor    DP Auto Sales, Ltd    24-51135-cag  Doc#45  Filed 07/18/24  Entered 07/18/24 18:31:10  Main Document    Pg 93 of
                                                        102
          Name                                                              Case number (if known)    24-51135

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City        State    ZIP Code | _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ | _____ <br><br> **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br><br> ☐ Paper |

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **credit applications of customers** _____

  Does the debtor have a privacy policy about that information?

  ☐ No

  ☑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City        State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

Debtor   **DP Auto Sales, Ltd**                                              Case number *(if known)*   **24-51135**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    **DP Auto Sales, Ltd**                                    Case number *(if known)*    **24-51135**
          Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City        State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor __DP Auto Sales, Ltd__     Case number *(if known)* __24-51135__

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name      EIN: __ __ – __ __ __ __ __ __ __

Street

**Dates business existed**

From _____ To _____

City    State    ZIP Code

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Kristina M. Nelson**<br>Name<br>**511 W French Pl**<br>Street<br><br>**San Antonio, TX 78212**<br>City   State   ZIP Code | From **2021** To **current** |
| 26a.2. **Paul McClintock**<br>Name<br>**511 W French Place**<br>Street<br><br>**San Antonio, TX 78212**<br>City   State   ZIP Code | From **2011** To **Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **KSM Business Services, Inc**<br>Name<br>**PO Box Box 40857**<br>Street<br><br>**Indianapolis, IN 46240**<br>City   State   ZIP Code | From **2008** To **current** |
| 26b.2. **Kristina M. Nelson**<br>Name<br>**511 W French Pl**<br>Street<br><br>**San Antonio, TX 78212-3608**<br>City   State   ZIP Code | From **2021** To **current** |

| Debtor | DP Auto Sales, Ltd | Case number *(if known)* | 24-51135 |
|---|---|---|---|
| | Name | | |

| Name and address | Dates of service |
|---|---|

26b.3. **Paul McClintock**
Name

**511 W French Pl**
Street

**San Antonio, TX 78212-3608**
City  State  ZIP Code

From **2011** To **current**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**KSM Business Services, Inc.**
Name

_____
Street

_____
City  State  ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. **Plains Capital Bank**
Name

**740 Ne Loop 410 # 100**
Street

**San Antonio, TX 78209**
City  State  ZIP Code

| Name and address |
|---|

26d.2. **Comerica Bank**
Name

**36455 Corporate Dr**
Street

**Farmingtn Hls, MI 48331-3552**
City  State  ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Office GM for Each Store Weekly Inventories to Make Sure Cars Accounted for** | | **$0.00** |

Debtor  **DP Auto Sales, Ltd**  Case number *(if known)* __24-51135__
      Name

| **Name and address of the person who has possession of inventory records** |
|---|

27.1. _____
      Name

      _____
      Street

      _____

      _____
      City          State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James M Day Jr.** | **511 W French Pl San Antonio, TX 78212-3608** | **Member, Shareholder** | **51.00%** |
| **Jennifer Day** | **511 W French Pl San Antonio, TX 78212-3608** | **, Shareholder** | **48.00%** |
| **D.P. Auto, LLC** | **511 W French Pl San Antonio, TX 78212** | **General Partner, Partner** | **1.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Richard Funke** | **511 W French Pl San Antonio, TX 78212** | **President,** | From __12/2021__ To __8/2023__ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City        State    ZIP Code | | | |

| Relationship to debtor |
|---|

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

DP Auto Sales, Ltd

Name                                                              Case number (if known) 24-51135

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**07/18/2024**___
MM/ DD/ YYYY

**X** **/s/ Jody Anderson**                    Printed name ___**Jody Anderson**___
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___**President**___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

| Vendor | Total to Vendor | Address | Purpose |
|---|---|---|---|
| 1800 radiator | $11,045.83 | 5005 WEST AVENUE STE 1200, San Antonio, TX 78213 | Repairs to Vehicles under Warranty |
| ALANIS WRECKER SERVICE | $34,116.60 | 1035 CULEBRA ROAD, San Antonio, TX 78201 | Towing Services for Vehicles under Warranty |
| AMERICAS AUTO AUCTION | $367,560.00 | 16611 IH35, BUDA, TX 78610 | Vehicle Purchases |
| BEXAR COUNTY TAX OFFICE | $12,501.50 | P.O. BOX 2903, SAN ANTONIO, YTX 78283-3950 | Special Inventory Tax on Sold Vehicles |
| Big Time Advertising & Marketing, LLC | $50,000.00 | 732 Crown Industrial Court, Ste. N, CHESTERFIELD, MO 63005 | Advertising |
| BLUE CROSS BLUE SHIELD OF TX | $91,051.98 | PO BOX 650615, DALLAS, TX 75265 | Health Benefits |
| BROTHERS AUTO PARTS | $10,354.35 | 8403 NEW LAREDO HWY, SAN ANTONIO, TX 78211 | Parts to repair vehicles under warranty and parts to recondition new vehicles purchased |
| BROWN & BROWN OF INDIANA, LLC | $23,223.63 | PO BOX 746563, ATLANTA, GA 30374-6563 | Liability Insurance |
| CBIZ SOMERSET | $9,520.00 | PO BOX 646001, CINCINNATI, OH 45264-6001 | Audit Expense |
| CHELSEA SILLIMAN | $10,405.95 | 1045 PARADISE PKWY, POOLVILLE, TX 76487 | Expense Reimbursement |
| CPS ENERGY | $10,567.61 | P.O. BOX 2678, SAN ANTONIO, TX 78289 | Utilities |
| DPAC Acceptance LTD | $37,300.00 | 511 W French Pl, SAN ANTONIO, TX 78212 | Vehicle Purchases |
| EMBASSY COLLISION | $27,248.49 | 1423 BRADY BLVD, SAN ANTONIO, TX 78237 | Repairs to Vehicles with CPI |
| GIANT IMPORTS | $13,475.00 | 9592 NEW LAREDO HWY, SAN ANTONIO, TXZ 78211 | Parts to repair vehicles under warranty and parts to recondition new vehicles purchased |
| HERITAGE-CRYSTAL CLEAN | $16,964.65 | 13621 COLLECTIONS, CHICAGO, IL 60693 | Hazardous waste removal |
| LKQ AUTO PARTS | $15,050.98 | 15726 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693 | Parts to repair vehicles under warranty and parts to recondition new vehicles purchased |
| Matt Gill | $15,757.23 | 6226 Bandera Rd, SAN ANTONIO, TX 78238 | Expense Reimbursement |
| MIKE MOTORS | $11,500.00 | 9545 NEW LAREDO HWY, SAN ANTONIO, TX 78211 | Vehicle Purchases |
| River City Auto Title | $73,345.25 | 9920 San Pedro Avenue, SAN ANTONIO, TX 78216 | Titles for vehicles sold |
| ROBERT CHARLES PRIDE | $10,500.00 | 28081 TIMBERLINE DR, SAN ANTONIO, TX 78260 | Rent at Military Location. |
| SAN ANTONIO AUTO AUCTION | $287,315.00 | 13510 TOEPPERWEIN ROAD, SAN ANTONIO, TX 78233 | Vehicle Purchases |
| SPIREON INC | $26,219.26 | PO BOX 208712, DALLAS, TX 75320-8712 | GPS Units |
| SURGO AUTOMOTIVE | $29,013.78 | 6446 SAN PEDRO, SAN ANTONIO, TX 78216 | Parts to repair vehicles under warranty and parts to recondition new vehicles purchased |
| TEXAS AUTO CARRIERS | $9,056.00 | 5765 BICENTENNIAL, SAN ANTONIO, TX 78219 | Transportation fees for vehicle purchases |
| The Smeberg Law Firm, PLLC | $25,000.00 | 4 Imperial Oaks, SAN ANTONIO, TX 78248 | Legal Fees |
| TURN TIME TRANSPORT | $11,615.00 | 2525 WEST CAREFREE HWY, SUITE 106, PHOENIX, AZ 85085 | Transportation fees for vehicle purchases |
| UNIFIRST | $8,182.37 | 3047 E COMMERCE STREET, SAN ANTONIO, TX 78220 | Uniforms and Shop Supplies |
| UNITEDHEALTHCARE INSURANCE COMAPNY | $9,462.44 | UHS PREMIUM BILLING, PO BOX 94017, PALATINE, IL 60094-4017 | Employee Benefits |
| XL PARTS LLC | $37,566.44 | PO BOX 736201, DALLAS, TX 75373 | Parts to repair vehicles under warranty and parts to recondition new vehicles purchased |
| ADVANCE AUTO    ON | $13,454.83 | P.O. Box 742063, atlanta, GA 30374-2063 | Parts to repair vehicles under warranty and parts to recondition new vehicles purchased |
| AMEX EPAYMENT    AC | $253,125.15 | PO BOX 6031, CAROL STREAM, IL 60197-6031 | Parts to repair vehicles under warranty and parts to recondition new vehicles purchased |
| ASCENSUS TRUST    RE | $75,343.19 | 200 Dryden Road, Ste 4000, Dresher, PA 19025 | 401k Funding |
| AutoZone Commerc 86 | $155,394.24 | PO BOX 116067, ATLANTA, GA 30368-6067 | Parts to repair vehicles under warranty and parts to recondition new vehicles purchased |
| IPFS855-891-2586 IP | $45,589.50 | PO BOX 8000, TALLAHASSEE, FL 32314-8000 | Liability Insurance |
| MANHEIM    AC | $59,548.70 | 2042 ACKERMAN RD, SAN ANTONIO, TX 78219 | Vehicle Purchases |
| NETFORTIS ACQUI TE | $24,898.43 | 5340 LEGACY DR, SUITE 155, PLANO, TX 75024 | Phone Bills |
| NEXTGEAR PAYMENT PA | $1,619,460.50 | 11799 NORTH COLLEGE AVE, CARMEL, IN 46032 | Vehicle Purchases |
| PAYLOCITY CORPOR TA | $1,896,388.54 | 1400 American Lane, Schaumburg, IL 60173 | Payroll |
| STATE COMPTRLR    TE | $266,954.71 | Texas Comptroller of Public Accounts, P.O. Box 13528, Capitol Station Austin, Texas 78711-3528 | Taxes |
| TEXAS MUTUAL    PA | $9,290.54 | PO BOX 841843M DALLAS, TX 785284-1843 | Worker's Comp Insurance |
| WEBFILE TAX PYMT DD | $33,388.45 | Texas Comptroller of Public Accounts, P.O. Box 13528, Capitol Station Austin, Texas 78711-3528 | Taxes |
| WEX INC    FL | $13,940.89 | PO BOX 6293, CAROL STREAM, IL 60197-6293 | Gas for vehicle purchases |
| DPR Investments | $140,000.00 | 511 W. Franch Place. San Antonio, TX 785216 | Overhead |
| Lawler | $133,450.00 | 631  106TH ST, ARLINGTON, TX 76011 | Vehicle Purchases |
| DP Real Estate | $203,500.00 | 511 W. Franch Place. San Antonio, TX 785216 | Rent |
| Texas Comptroller | $20,000.00 | Texas Comptroller of Public Accounts, P.O. Box 13528, Capitol Station Austin, Texas 78711-3528 | Taxes |
| Rosario's Auto Sales | $16,000.00 | 12342 ZAVALLA ST, HOUSTON, TX 77085 | Vehicle Purchases |
| Elan-Plains Capital | $39,316.16 | CARDMEMBER SERVICE, PO BOX 6318, FARGO, ND 58125-6318 | Parts and Supplies |
| 1914 Trading Co, LLC | $13,700.00 | 2619 ACKERMAN RD, SAN ANTONIO, TX 78219 | Vehicle Purchases |
| American Motors | $118,000.00 | 5418 IH-10 EAST, SAN ANTONIO, TX 78219 | Vehicle Purchases |
| Hatimi Auto LLC | $221,500.00 | 1645 MAIN ST, DUITE D#34, BUDA, TX 78610 | Vehicle Purchases |
| America's Auto Auction | $27,265.00 | 13510 TOEPPERWEIN ROAD, SAN ANTONIO, TX 78233 | Vehicle Purchases |
| DPAC - Over Funding | $45,000.00 | 511 W. Franch Place. San Antonio, TX 785216 | Funding Error.  Deposit same day. |
| Total | $6,739,428.17 | | |

| VIN | Unit Description |
|---|---|
| 5NPE24AF8FH129707 | 2015 Hyundai Sonata *116* |
| 3LN6L2GK8ER835870 | 2014 LINCOLN MKZ *116* |
| JM1BL1SG8A1273876 | 2010 Mazda Mazda3 *109* |
| 1G1PC5SB1E7291827 | 2014 Chevrolet Cruze *116* |
| 1FMCU0GX1EUB63983 | 2014 Ford Escape *109* |
| JM1DE1HZ4B0122973 | ✓2011 Mazda Mazda2 — *whsl 116* |
| KNDJT2A27B7197900 | ✓2011 Kia Soul — *whol 116* |
| 4S4BRCBC0C3223287 | ✓2012 Subaru Outback— *whsl 116* |
| 5XXGT4L30JG212674 | 2018 Kia Optima *116* |
| KL2TD66E39B665485 | 2009 Pontiac G3 *109* |
| 1YVHZ8BH2C5M33704 | 2012 Mazda Mazda6 *109* |
| 1C3CCBBB8CN154966 | 2012 Chrysler 200 *109* |
| KNADM5A31C6024690 | ✓2012 Kia Rio — *whsl 116* |
| JA32U2FU1BU013255 | ✓2011 Mitsubishi Lancer— *whsl 116* |
| JM3ER2B52C0415557 | 2012 Mazda CX-7 *109* |
| KMHCT4AE8FU825934 | 2015 Hyundai Accent *116* |
| 5FNYF3H8XAB008252 | 2010 Honda Pilot *109* |
| 1C4NJCBB2ED657854 | ✓2014 Jeep Compass— *whse 116* |
| 3GNCJLSB0FL209753 | 2015 Chevrolet Trax *116* |
| KNDJT2A5XD7609255 | ✓2013 Kia Soul |
| 1G1PC5SB3E7397003 | 2014 Chevrolet Cruze *109* |
| KNAFK4A60F5351840 | 2015 Kia Forte *109* |
| 1G1PA5SH3E7166127 | 2014 Chevrolet Cruze *109* |
| 2C4RDGBG9ER168005 | 2014 Dodge Grand Caravan *109* |
| 2C4RDGBG6JR199285 | 2018 Dodge Grand Caravan *109* |
| 1G1JE6SB3D4232056 | ✓2013 Chevrolet Sonic — *whsl 116* |
| 1G1JC6SH1E4198730 | ✓2014 Chevrolet Sonic — *whsl 116* |
| KMHCU5AE9DU070969 | ✓2013 Hyundai Accent— *whsl 112* |
| 5NPDH4AE4DH215966 | 2013 Hyundai Elantra *116* |
| JM1DE1KZ2C0145971 | ✓2012 Mazda Mazda2 — *whsl 116* |
| 3N1AB6APXCL612908 | 2012 Nissan Sentra *116* |
| 1FMCU0F79DUD37573 | ✓2013 Ford Escape — *whsl 116* |
| 3N1AB6AP4BL678160 | 2011 Nissan Sentra *116* |
| KNADM4A39E6337919 | 2014 Kia Rio *116* |
| 19VDE1F34FE005902 | 2015 Acura ILX *116* |
| JM1BL1V76C1549082 | 2014 Mazda Mazda 3 *116* |
| WVWHN7AN2CE510252 | ✓2012 Volkswagen CC— *whsl 116* |
| 2C3CCAAG8CH142574 | 2012 Chrysler 300 *116* |
| 2C4RDGBG7ER101984 | ✓2014 Dodge Grand Caravan — *whsl 116* |
| 2FMDK3KC4DBA26055 | 2013 Ford Edge *116* |

| VIN | Unit Description |
|-----|------------------|
| VNKKTUD37FA048343 | 2015 Toyota Yaris ~Lubbock |
| 1G4PP5SK3G4135056 | 2016 BUICK VERANO BASE Lubbock |
| 2FMDK3JC7CBA62774 | 2012 Ford Edge Sel ~ ? RG Cars |
| 1C4RJEAG6CC146015 | 2012 Jeep Grand Cherokee ~ ? RG Cars |
| 5XYKT3A19CG202066 | 2012 Kia Sortento ~2 RG Cars |
| x | x |
| x | x |
| x | x |
| x | x |
| x | x |
| x | x |
| x | x |
| x | x |
| x | x |
| x | x |
| x | x |